# Exhibit A

EXHIBIT A - PAGE 028

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

Reg. No. 1,197,438
Registered Jun. 8, 1982

SERVICE MARK
Principal Register

CHIPPENDALES

Easebe Enterprises Inc. (California corporation)
3739 Overland Ave.
Los Angeles, Calif. 90034

For: ENTERTAINMENT SERVICES—NAMELY, DISCOTEQUE; MALE DANCE EXHIBITIONS; MUD WRESTLING, in CLASS 41 (U.S. Cl. 107).
First use Dec. 1, 1978; in commerce Dec. 1, 1978.

Ser. No. 305,435, filed Apr. 13, 1981.

R. M. FEELEY, Primary Examiner

JAMES H. JOHNSON, Examiner

Int. Cl.: 16

Prior U.S. Cls.: 22, 37 and 38

**United States Patent and Trademark Office**  Reg. No. 1,330,855
Registered Apr. 16, 1985

## TRADEMARK
PRINCIPAL REGISTER

## CHIPPENDALES

EASEBE ENTERPRISES INC. (CALIFORNIA CORPORATION)
3739 OVERLAND AVE.
LOS ANGELES, CA 90034

FOR: CALENDERS, PLAYING CARDS, POSTERS, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).

FIRST USE 7-3-1981; IN COMMERCE 7-3-1981.

OWNER OF U.S. REG. NOS. 1,197,438 AND 1,211,893.

SER. NO. 494,001, FILED 8-9-1984.

HENRY S. ZAK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,802,430
Registered Jan. 6, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## CHIPPENDALES

CHIPPENDALES USA, LLC (DELAWARE CORPORATION)
95 EAST BETHPAGE ROAD
PLAINVIEW, NY 11803

FOR: SERIES OF VIDEO DISKS, CDS, DVDS AND AUDIO CASSETTES ALL FEATURING MUSIC AND MALE NIGHTCLUB ENTERTAINERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

OWNER OF U.S. REG. NOS. 1,197,438 AND 1,211,893.

SER. NO. 78-206,233, FILED 1-23-2003.

GLENN CLARK, EXAMINING ATTORNEY

Int. Cls.: 9, 16, 25, 28, 41, and 45

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,127,649
Registered Aug. 8, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# CHIPPENDALES

CHIPPENDALES USA, LLC (DELAWARE LTD LIAB CO)
95 E. BETHPAGE ROAD
PLAINVIEW, NY 11803

FOR: PROVIDING DOWNLOADABLE SCREENSAVERS VIA THE INTERNET, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-14-2006; IN COMMERCE 1-14-2006.

FOR: PARTY SUPPLIES, NAMELY, PAPER NAPKINS; PAPER TABLECLOTHS; PIN-UPS, NAMELY, FLAT, CARDBOARD, POSTER-LIKE CUTOUTS OF MEN WITH ADJUSTABLE HANDS, ARMS AND LEGS; EVENT PROGRAMS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-31-2001; IN COMMERCE 7-31-2001.

FOR: CLOTHING, NAMELY, FOOTWEAR, HEADWEAR, HATS, TANK TOPS; T-SHIRTS, LONG SLEEVE T-SHIRTS, SWEATSHIRTS, SHORTS, NIGHTSHIRTS AND UNDERGARMENTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-7-2000; IN COMMERCE 2-7-2000.

FOR: COIN-OPERATED NETWORK CONNECTED VIDEO GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-15-2004; IN COMMERCE 8-15-2004.

FOR: ENTERTAINMENT SERVICES, NAMELY, LIVE THEATRICAL AND MUSICAL FLOOR SHOWS PROVIDED AT NIGHT CLUBS AND THEATERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-3-1981; IN COMMERCE 7-3-1981.

FOR: PROVIDING ONLINE ELECTRONIC GREETING CARDS VIA THE INTERNET, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 2-19-2006; IN COMMERCE 2-19-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,197,438 AND 1,211,893.

SN 78-387,538, FILED 3-19-2004.

JIM RINGLE, EXAMINING ATTORNEY



# CHIPPENDALES

**Reg. No. 3,690,717** CHIPPENDALES USA, LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Sep. 29, 2009   95 EAST BETHPAGE ROAD
PLAINVIEW, NY 11803

**Int. Cl.: 43** FOR: CATERING SERVICES FOR PROVIDING DRINK; WAITER SERVICES FOR SERVING DRINK; BAR SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

**SERVICE MARK** FIRST USE 2-1-2005; IN COMMERCE 2-1-2005.
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,197,438, 2,802,430, AND OTHERS.

SN 78-956,344, FILED 8-21-2006.

MIDGE BUTLER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

## CHIPPENDALES

| | |
|---|---|
| **Reg. No. 3,981,590** | CHIPPENDALES USA, LLC (DELAWARE CORPORATION) |
| **Registered June 21, 2011** | 95 EAST BETHPAGE ROAD<br>PLAINVIEW, NY 11803 |
| **Int. Cl.: 10** | FOR: ELECTRIC MASSAGE APPLIANCES, NAMELY, ELECTRIC VIBRATING MASSAGER, IN CLASS 10 (U.S. CLS. 26, 39 AND 44). |
| **TRADEMARK** | FIRST USE 10-1-2010; IN COMMERCE 10-1-2010. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SER. NO. 85-180,041, FILED 11-18-2010. |
| | MIDGE BUTLER, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 5,203,733** | Chippendales USA, LLC (DELAWARE LIMITED LIABILITY COMPANY) |
| **Registered May 16, 2017** | 4 Expressway Plaza, Suite 218<br>Roslyn Heights, NY 11577 |
| **Int. Cl.: 10, 16, 21, 25, 41** | CLASS 10: Electric massage appliances, namely, electric vibrating massager |
| **Service Mark** | FIRST USE 10-00-2015; IN COMMERCE 10-00-2015 |
| **Trademark** | CLASS 16: Calendars and paper goods, namely, pin-ups, namely, flat, cardboard, poster-like cutouts of men with adjustable hands, arms and legs |
| **Principal Register** | FIRST USE 10-00-2015; IN COMMERCE 10-00-2015 |

CLASS 21: Barware, namely, shotglasses

FIRST USE 10-00-2015; IN COMMERCE 10-00-2015

CLASS 25: Clothing, namely, headwear, hats, tank tops; t-shirts, long sleeve t-shirts, sweatshirts, shorts, nightshirts and undergarments

FIRST USE 10-00-2015; IN COMMERCE 10-00-2015

CLASS 41: Entertainment services, namely, live theatrical and musical floor shows provided at night clubs and theaters

FIRST USE 9-00-2015; IN COMMERCE 9-00-2015

The mark consists of the word "CHIPPENDALES" to the right of a bowtie in a box.

SER. NO. 87-179,939, FILED 09-22-2016
ELIZABETH YI HS CHANG, EXAMINING ATTORNEY

*Michelle K. Lee*
Director of the United States
Patent and Trademark Office