**Each oneKILPATRICK TOWNSEND & STOCKTON LLP**

Evan S. Nadel (CA Bar No. 213230)
ENadel@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone: (415) 576-0200; Facsimile: (415) 576-0300

Marc A. Lieberstein (*pro hac vice* application forthcoming)
mlieberstein@kilpatricktownsend.com
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700; Facsimile: (212) 775-8800

Kristin M. Adams (*pro hac vice* application forthcoming)
KMAdams@kilpatricktownsend.com
1100 Peachtree Street N.E., Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500; Facsimile: (404) 815.6555

*Attorneys for Plaintiff*
*Chippendales USA, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPPENDALES USA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTIAN W. BANERJEE, STRIPPENDALES CORPORATION, STRIPPENDALES LLC, and STRIPPENDALES69 LLC,<br><br>*Defendants*. | CASE NO.:<br><br>**CHIPPENDALES USA, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>**(FED. R. CIV. P. 7.1)** |

Plaintiff Chippendales USA, LLC ("Chippendales") provides the following Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1. Chippendales has no parent corporation.
2. No publicly traded company owns 10% or more of its shares.



**CHIPPENDALES USA, LLC'S
CORPORATE DISCLOSURE STATEMENT**

- 1 -

3. Chippendales is a Delaware limited liability company that is comprised of four members, each of whom is a natural person domiciled in New York state. Accordingly, Chippendales is a resident of New York. Should the court require additional information about its members, due to concerns regarding the privacy of those individuals, and to protect Chippendales' confidential and sensitive business information, Chippendales would request leave to file under seal an amended disclosure with additional details.

Dated: October 12, 2023    KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Evan S. Nadel*

Evan S. Nadel (CA Bar No. 213230)
*ENadel@kilpatricktownsend.com*
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200; Facsimile: (415) 576-0300

Marc A. Lieberstein (*pro hac vice* application forthcoming)
*mlieberstein@kilpatricktownsend.com*
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700; Facsimile: (212) 775-8800

Kristin M. Adams (*pro hac vice* application forthcoming)
*KMAdams@kilpatricktownsend.com*
1100 Peachtree Street N.E., Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500; Facsimile: (404) 815.6555

*Attorneys for Plaintiff*
*Chippendales USA, LLC*



CHIPPENDALES USA, LLC'S
CORPORATE DISCLOSURE STATEMENT

- 2 -