NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Evan S. Nadel (CA Bar No. 213230)
KILPATRICK TOWNSEND & STOCKTON LLP
ENadel@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
(415) 576-0200

ATTORNEY(S) FOR: Plaintiff, Chippendales USA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Chippendales USA, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-08630 |
| v. | |
| Christian W. Banerjee, Strippendales Corporation, Strippendales LLC, and Strippendales69 LLC | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff, Chippendales USA, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Chippendales USA, LLC | Plaintiff |
| Christian W. Banerjee | Defendant |
| Strippendales Corporation | Defendant |
| Strippendales LLC | Defendant |
| Strippendales69 LLC | Defendant |

October 12, 2023
Date

/s/Evan S. Nadel
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Chippendales USA, LLC