**KILPATRICK TOWNSEND & STOCKTON LLP**

Evan S. Nadel (CA Bar No. 213230)
ENadel@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200; Facsimile: (415) 576-0300

Marc A. Lieberstein (*pro hac vice* application forthcoming)
mlieberstein@kilpatricktownsend.com
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700; Facsimile: (212) 775-8800

Kristin M. Adams (*pro hac vice* application forthcoming)
KMAdams@kilpatricktownsend.com
1100 Peachtree Street N.E., Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500; Facsimile: (404) 815.6555

*Attorneys for Plaintiff*
*Chippendales USA, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPPENDALES USA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTIAN W. BANERJEE, STRIPPENDALES CORPORATION, STRIPPENDALES LLC, and STRIPPENDALES69 LLC,<br><br>*Defendants*. | CASE NO. 2:23-cv-08630<br><br>**PLAINTIFF CHIPPENDALES USA, LLC'S NOTICE OF RELATED CASES**<br><br>**(CD CAL. L.R. 83-1.3.1)** |

Pursuant to Local Rule 83-1.3.1, Plaintiff Chippendales USA, LLC ("Chippendales") respectfully advises the Court that the instant action is related to another case filed in this District: *Chippendales USA, LLC v. Banerjee*, Case No. 2:23-cv-03672 (C.D. Cal. 2023) (the "Related Case"). The Related Case was originally filed by Chippendales on May 12, 2023. The Related Case was assigned to



the Honorable Percy Anderson on May 16, 2023. The Related Case was also assigned Appeal Docket No. 23-55817 on September 29, 2023.

These two cases arise from the same or closely related set of facts and call for a determination of the same or substantially related or similar questions of law and fact, and, therefore, would entail substantial duplication of labor if heard by different judges.

The cases call for a determination of the ownership rights in, and authorization to use, the CHIPPENDALES trademarks, and therefore the cases are related within the definition of Local Rule 83-1.3.1.

Dated: October 12, 2023       KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Evan S. Nadel*

Evan S. Nadel (CA Bar No. 213230)
*ENadel@kilpatricktownsend.com*
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200; Facsimile: (415) 576-0300

Marc A. Lieberstein (*pro hac vice* application forthcoming)
*mlieberstein@kilpatricktownsend.com*
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700; Facsimile: (212) 775-8800

Kristin M. Adams (*pro hac vice* application forthcoming)
*KMAdams@kilpatricktownsend.com*
1100 Peachtree Street N.E., Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500; Facsimile: (404) 815.6555

*Attorneys for Plaintiff*
*Chippendales USA, LLC*

