**KILPATRICK TOWNSEND & STOCKTON LLP**
Evan S. Nadel (CA Bar No. 213230)
ENadel@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200; Facsimile: (415) 576-0300

Marc A. Lieberstein (*pro hac vice* application forthcoming)
mlieberstein@kilpatricktownsend.com
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700; Facsimile: (212) 775-8800

Kristin M. Adams (*pro hac vice* application forthcoming)
KMAdams@kilpatricktownsend.com
1100 Peachtree Street N.E., Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500; Facsimile: (404) 815-6555

*Attorneys for Plaintiff*
*Chippendales USA, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPPENDALES USA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTIAN W. BANERJEE, STRIPPENDALES CORPORATION, STRIPPENDALES LLC, and STRIPPENDALES69 LLC,<br><br>*Defendants*. | Case No. 2:23-cv-08630-JFW (SKx)<br>Hon. Judge John F. Walter<br><br>**DECLARATION OF LEAD TRIAL COUNSEL FOR PLAINTIFF CHIPPENDALES USA, LLC**<br><br>Complaint Filed: October 12, 2023 |

**DECLARATION OF LEAD TRIAL COUNSEL FOR PLAINTIFF**
 CASE NO.: 2:23-CV-08630-JFW (KSx)

1  I, Evan S. Nadel, declare as follows:

2  I am an attorney at law licensed to practice in the State of California in the
3  above-captioned matter, and I am a partner of the law firm of Kilpatrick Townsend
4  & Stockton, LLP, counsel of record for Plaintiff Chippendales USA, LLC.

5  In accordance with Paragraph 3(a) of the Court's Standing Order [Dkt. 17], I
6  hereby notify the Court that:

7  (1)  I am a registered CM/ECF User.

8  (2)  My E-Mail Address of Record is: enadel@kilpatricktownsend.com.

9  (3)  I have read the Court's Standing Order, and I am familiar with and
10      have read the Local Civil Rules for the Central District of California.

11  I declare under penalty of perjury under the laws of the United States of
12  America and the State of California that the foregoing is true and correct.

13  Executed this 16th day of October, 2023, at New York, NY.

By:  */s/Evan S. Nadel*
     Evan S. Nadel

**DECLARATION OF LEAD TRIAL COUNSEL**
**CASE NO.:  2:23-CV-08630-JFW (KSx)**                                          - 1 -