**KILPATRICK TOWNSEND & STOCKTON LLP**
Evan S. Nadel (CA Bar No. 213230)
*ENadel@ktslaw.com*
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200; Facsimile: (415) 576-0300

Marc A. Lieberstein (Admitted *pro hac vice*)
*mlieberstein@ktslaw.com*
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700; Facsimile: (212) 775-8800

Kristin M. Adams (Admitted *pro hac vice*)
*KMAdams@ktslaw.com*
1100 Peachtree Street N.E., Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500; Facsimile: (404) 815-6555

*Attorneys for Plaintiff*
*Chippendales USA, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPPENDALES USA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTIAN W. BANERJEE, STRIPPENDALES CORPORATION, STRIPPENDALES LLC, and STRIPPENDALES69 LLC,<br><br>*Defendants*. | Case No. 2:23-cv-08630-PA (PDx)<br>Hon. Judge Percy Anderson<br><br>**EX PARTE APPLICATION FOR ORDER ALLOWING ALTERNATE SERVICE**<br><br>Filed: October 12, 2023 |

Pursuant to Local Rule 7-19, Plaintiff Chippendales USA, LLC ("Chippendales") hereby makes this application under Federal Rule of Civil Procedure 4(h)(1)(A) and California Corporations Code § 1720 for an order allowing Chippendales to serve Defendants Strippendales Corporation, Strippendales LLC, and Strippendales69 LLC (collectively, the "Strippendales Defendants") by service on the Secretary of State. This Application further seeks, pursuant to Federal Rule of Civil Procedure 4(e)(1) and California Code of Civil Procedure § 415.50, an order allowing Chippendales to serve Defendant Christian W. Banerjee ("Banerjee") by publication. Finally, this Application seeks, pursuant to Federal Rule of Civil Procedure 4(m), an order extending Chippendales's current January 10, 2024, deadline to serve Defendants by 60 days.

This Application is based on this Application, the Memorandum of Points and Authorities and Declaration of Evan S. Nadel file concurrently, as well as the pleadings, files, and other matters that may be presented.

A cause of action exists against all Defendants. The complaint in this case was filed on October 12, 2023, and the summons were issued on October 13, 2023. As established by the Declaration of Evan S. Nadel and the exhibits attached to it, the designated agent for service of and officer of the Strippendales Defendants cannot, with reasonable diligence, be served by hand. As also established in Mr. Nadel's declaration and the exhibits attached to it, Defendant Banerjee cannot with reasonable diligence be served in a manner specified in the California Code of Civil Procedure other than publication.

Wherefore, Chippendales prays that the Court enter an order allowing Chippendales to serve the Strippendales Defendants through the Secretary of State and Banerjee by publication, and extending Chippendales's deadline to serve Defendants by 60 days.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 10, 2024 | Respectfully submitted, |
| 3 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 4 | | |
| 5 | | By: */s/ Evan S. Nadel* |
| 6 | | Evan S. Nadel |
| 7 | | Marc A. Lieberstein (Admitted *pro hac vice*)<br>Kristin M. Adams (Admitted *pro hac vice*) |
| 8 | | *Attorneys for Plaintiff* |
| 9 | | *Chippendales USA, LLC* |