| | |
|---|---|
| 1 | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| 2 | Evan S. Nadel (CA Bar No. 213230)<br>*ENadel@kilpatricktownsend.com* |
| 3 | Two Embarcadero Center, Suite 1900<br>San Francisco, CA  94111 |
| 4 | Telephone: (415) 576-0200; Facsimile: (415) 576-0300 |
| 5 | Kollin J. Zimmermann (CA Bar No. 273092)<br>*kzimmermann@kilpatricktownsend.com* |
| 6 | 1801 Century Park East Suite 2300<br>Los Angeles, California 90067 |
| 7 | Telephone: (310) 248-3830; Facsimile: (310) 860-0363 |
| 8 | Marc A. Lieberstein (Admitted *pro hac vice*) |
| 9 | *mlieberstein@kilpatricktownsend.com*<br>1114 Avenue of the Americas |
| 10 | New York, New York 10036<br>Telephone: (212) 775-8700; Facsimile: (212) 775-8800 |
| 11 | |
| 12 | Kristin M. Adams (Admitted *pro hac vice*)<br>*KMAdams@kilpatricktownsend.com* |
| 13 | 1100 Peachtree Street N.E., Suite 2800<br>Atlanta, Georgia 30309 |
| 14 | Telephone: (404) 815-6500; Facsimile: (404) 815-6555 |
| 15 | *Attorneys for Plaintiff* |
| 16 | *Chippendales USA, LLC* |

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPPENDALES USA, LLC,<br><br>         *Plaintiff*,<br><br>v.<br><br>CHRISTIAN W. BANERJEE, STRIPPENDALES CORPORATION, STRIPPENDALES LLC, and STRIPPENDALES69 LLC,<br><br>         *Defendants*. | Case No. 2:23-cv-08630-PA-PD<br>Hon. Judge Percy Anderson<br><br>**NOTICE OF FILING OF PROOFS OF SERVICE**<br><br>Filed:  October 12, 2023 |

NOTICE OF FILING OF PROOFS OF SERVICE
CASE NO.:  2:23-CV-08630-PA-PD

Plaintiff Chippendales USA, LLC gives notice that service of process on the three corporate defendants via the California Secretary of State was completed on January 23, 2024, as shown by the following exhibits:

| | |
|---|---|
| Strippendales Corporation | Exhibit A |
| Strippendales LLC | Exhibit B |
| Strippendales69 LLC | Exhibit C |

Pursuant to the Court's Order Allowing Alternate Service, dated January 10, 2024 (Dkt. 32), service of process on Defendant Christian W. Banerjee by publication was completed no later than February 22, 2024, as shown by the following exhibits, the last of which was executed by the publisher on March 12, 2024:

| | |
|---|---|
| Los Angeles Times | Exhibit D |
| LA Weekly | Exhibit E |
| LA Daily News | Exhibit F |

Dated: March 15, 2024    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:  /s/ Evan S. Nadel
Evan S. Nadel
Kollin J. Zimmermann
Marc A. Lieberstein (Admitted *pro hac vice*)
Kristin M. Adams (Admitted *pro hac vice*)

*Attorneys for Plaintiff
Chippendales USA, LLC*

NOTICE OF FILING OF PROOFS OF SERVICE
CASE NO.: 2:23-CV-08630-PA-PD

- 1 -

# PROOF OF SERVICE

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 1801 Century Park East, Suite 2300, Los Angeles, CA 90067, and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

    I caused to be served the document titled: **NOTICE OF FILING OF PROOFS OF SERVICE** on the defendants Christian W. Banerjee, Strippendales69 LLC, Strippendales LLC, and Strippendales Corp., each of whom are not registered for the CM/ECF system, as follows:

    ☒ <u>By U.S. First Class Mail</u>.  On March 15, 2024, a copy of the referenced document was placed in a sealed envelope, with postage prepaid, for collection and mailing with the U.S. Postal Service, addressed to:

(1)    Christian W. Banerjee: 1320 5th Ave., San Diego, CA 92101;
(2)    Strippendales69 LLC: 1200 Pacific Coast Hwy Apt 217, Huntington Beach, CA 92648;
(3)    Strippendales LLC: 1200 Pacific Coast Hwy Apt 217, Huntington Beach, CA 92648; and
(4)    Strippendales Corporation: 5305 Cochran Street, #103, Simi Valley, CA 93063.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 15, 2024, in Los Angeles, California.

                                    /s/ *DONNA BOSS*
                                    Donna Boss