UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-8630 PA (PDx) | Date | March 15, 2024 |
|---|---|---|---|
| Title | Chippendales USA LLC v. Christian W. Banerjee, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     IN CHAMBERS — COURT ORDER

      The Court has reviewed the Proofs of Service filed by plaintiff Chippendale USA, LLC ("Plaintiff") in response to the Court's March 13, 2024 Order to Show Cause. The Proofs of Service indicate that Plaintiff caused to be published the Summons in three different newspapers beginning on January 26, 2024, January 29, 2024, and February 2, 2024. Because service by publication is complete on the 28th day following the initial publication, and California law provides that a defendant has 30 days to respond to service of a Summons, it appears that the last day for defendants to timely respond to the Summons and Complaint based on the last of the initial publication dates is no later than April 1, 2024. See Cal. Code Civ. Proc. § 415.50(c); Cal. Gov't Code § 6064.[1/] If Defendants have not appeared by that date, Plaintiff shall promptly seek entry of defendants' defaults.

      The Court notes that in the related case CV 23-3672 PA (PDx), an attorney representing defendant Jesus Jesse Banerjee ("Banerjee") filed a Motion to Set Aside Default on February 5, 2024 (Docket No. 47 in Case No. CV 23-3672 PA (PDx)). Although the Court ordered that Motion stricken because of violation of the Local Rules, and Banerjee's counsel has not attempted to re-file the Motion, it appears that Craig Chisvin of CLC Law Group may have been in recent contact with Banerjee. The Court therefore orders Plaintiff to serve Mr. Chisvin by email with a copy of the Summons and Complaint in this action as an additional means of attempting to provide Banerjee with notice of this action. Plaintiff shall file a Proof of Service indicating service on Mr. Chisvin by no later than March 22, 2024. Because service on Mr. Chisvin is not necessary to establish that Plaintiff has served Banerjee by publication, service on Mr. Chisvin shall not extend the deadline for Banerjee to appear in this action.

      IT IS SO ORDERED.

---

[1/]     The deadline for defendants would be even earlier under Federal Rule of Civil Procedure 12(a)(1)(A), but the Court has given defendants the benefit of the doubt by using the 30-day time limit to appear provided by California Code of Civil Procedure section 412.30.