# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-8630 PA (PDx) | Date | March 19, 2024 |
|---|---|---|---|
| Title | Chippendales USA LLC v. Christian W. Banerjee, et al. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **IN CHAMBERS — COURT ORDER**

The Court vacates the portion of its March 15, 2024 Minute Order requiring plaintiff to provide a copy of the Summons and Complaint to defense counsel in Case No. CV 23-3672 PA (PDx).

IT IS SO ORDERED.