**KILPATRICK TOWNSEND & STOCKTON LLP**
Evan S. Nadel (CA Bar No. 213230)
*ENadel@kilpatricktownsend.com*
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone: (415) 576-0200; Facsimile: (415) 576-0300

Kollin J. Zimmermann (CA Bar No. 273092)
*kzimmermann@kilpatricktownsend.com*
1801 Century Park East Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830; Facsimile: (310) 860-0363

Marc A. Lieberstein (Admitted *pro hac vice*)
*mlieberstein@kilpatricktownsend.com*
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700; Facsimile: (212) 775-8800

Kristin M. Adams (Admitted *pro hac vice*)
*KMAdams@kilpatricktownsend.com*
1100 Peachtree Street N.E., Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500; Facsimile: (404) 815-6555

*Attorneys for Plaintiff*
*Chippendales USA, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPPENDALES USA, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>CHRISTIAN W. BANERJEE,<br>STRIPPENDALES CORPORATION,<br>STRIPPENDALES LLC, and<br>STRIPPENDALES69 LLC,<br><br>    *Defendants.* | Case No. 2:23-cv-08630-PA-PD<br>Hon. Judge Percy Anderson<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Filed:  October 12, 2023 |

Plaintiff Chippendales USA, LLC (Chippendales) hereby responds to the Court's March 13, 2024 Order to Show Cause Re: Dismissing for Lack of Prosecution (Dkt. No. 33). Good cause exists to proceed with this case: Chippendales timely served all four Defendants by alternative means in accordance with this Court's Order Allowing Alternate Service, dated January 10, 2024 (Dkt. No. 32, the "Order"), and promptly notified the Court via its Notice of Filing of Proofs of Service (Dkt. No. 34, the "Proofs of Service") upon receipt of service affidavits. On March 15, 2024, the Court issued a Minutes In Chambers – Court Order confirming service on all Defendants was complete (Dkt. No. 35, the "Chambers Order").

## I.      GOOD CAUSE EXISTS TO CONTINUE LITIGATION OF THIS CASE BECAUSE SERVICE WAS TIMELY EFFECTED ON ALL DEFENDANTS PURSUANT TO THE COURT'S ORDER ALLOWING ALTERNATE SERVICE.

Plaintiff filed this action for federal trademark infringement, counterfeiting, and unfair competition and related claim under the California Unfair Business Practices Act on October 12, 2023 (Dkt. No. 1), and this Court issued summonses on individual defendant Christian W. Banerjee ("Banerjee") and on the three entity defendants Strippendales Corporation, Strippendales LLC, and Strippendales69 LLC (collectively, the "Corporate Defendants") on October 13, 2023. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff's original deadline to complete service of process on Defendants was January 10, 2024.

From October 2023 through early January 2024, Plaintiff diligently worked to effect service on Defendants, but was unable to do so for the reasons outlined in its timely January 10, 2024 *Ex Parte* Application for Order Allowing Alternative Service (Dkt. No. 31 *et seq.*, the "Motion"). In the Motion, Plaintiff explained that Defendant Banerjee—who goes by multiple names—formed the three Corporate Defendants, naming himself as "Agent for Service of Process" for each (Dkt. No.

31-1 at 5). The Motion detailed Plaintiff's extensive attempts to locate and serve Defendants, despite none of Defendant Banerjee's addresses—nor the addresses of the Corporate Defendants—being correct, including making repeated attempts at service via a process server, engaging an investigator to locate Defendant Banerjee, and sending an investigator to serve Defendant Banerjee at a November 21, 2023 hearing to which he was a party in the Superior Court of California, Los Angeles (*Banerjee v. Denberg*, No. 23-STCV-14718) (*Id.* at 5-8). In the Motion, Chippendales thus requested a 60-day extension of time to serve all Defendants by alternative means (*Id.* at 5, 13-14).

On January 10, 2024, this Court granted the Motion's request for leave to serve all four Defendants by alternative means, and the Order was silent on the Motion's request for an extension of time (Dkt. No. 32). Pursuant to the Order, Chippendales completed service of process on the three Corporate Defendants via the California Secretary of State on January 23, 2024, as shown by the Proofs of Service filed on March 15, 2024 (Dkt. No. 34). Further pursuant to the Order, service of process on Defendant Banerjee by publication was completed no later than February 22, 2024, as shown by the Proofs of Service (*Id.*), the last of which was executed by the publisher on March 12, 2024 (Dkt. No. 34-5 (Ex. E) at 016). Service of process thus was completed on the three Corporate Defendants via the California Secretary of State and on Christian Banerjee by publication within the 60-day period Chippendales requested in its Motion (*see* Dkt Nos. 31-1, 34).

On March 15, 2024, the Court issued a Chambers Order stating that the "Court has reviewed the Proofs of Service … in response to the Court's March 13, 2024 Order to Show Cause," finding service "complete," and indicating "the last day for defendants to timely respond to the Summons and Complaint based on the last of the initial publication dates is no later than April 1, 2024" (Dkt. No. 35). Because the Court has accepted the Proofs of Service and set a deadline for Defendants to respond to the Complaint, Plaintiff respectfully proffers that good

cause exists to continue this litigation.

## II.   CONCLUSION

For the reasons stated herein, Chippendales respectfully requests the Court find good cause to allow this action to proceed.

Dated: March 20, 2024                Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:   */s/ Evan S. Nadel*
       Evan S. Nadel
       Kollin J. Zimmermann
       Marc A. Lieberstein (Admitted *pro hac vice*)
       Kristin M. Adams (Admitted *pro hac vice*)

*Attorneys for Plaintiff*
*Chippendales USA, LLC*

1

## **PROOF OF SERVICE**

2

3   I, the undersigned say, I am and was at all times herein mentioned a resident of the
    County of Los Angeles, over the age of eighteen (18) years and not a party to the
4   within action or proceeding. My business address is 1801 Century Park East, Suite
    2300, Los Angeles, CA 90067, and I am employed in the offices of Kilpatrick
5   Townsend & Stockton LLP by a member of the Bar of this Court at whose direction
6   the service mentioned herein below was made.

7

8   I caused to be served the document titled: **PLAINTIFF'S RESPONSE TO ORDER
    TO SHOW CAUSE** on the defendants Christian W. Banerjee, Strippendales69 LLC,
9   Strippendales LLC, and Strippendales Corp., each of whom are not registered for the
    CM/ECF system, as follows:

10

11      ☒  By U.S. First Class Mail.  On March 20, 2024, a copy of the referenced
    document was placed in a sealed envelope, with postage prepaid, for collection and
12   mailing with the U.S. Postal Service, addressed to:

13      (1)     Christian W. Banerjee: 1320 5th Ave., San Diego, CA 92101;
14      (2)     Strippendales69 LLC: 1200 Pacific Coast Hwy Apt 217, Huntington
                Beach, CA 92648;
15      (3)     Strippendales LLC: 1200 Pacific Coast Hwy Apt 217, Huntington Beach,
                CA 92648; and
16      (4)     Strippendales Corporation: 5305 Cochran Street, #103, Simi Valley, CA
17              93063.

18      I declare under penalty of perjury under the laws of the United States of
    America that the foregoing is true and correct.
19

20      Executed on March 20, 2024, in Los Angeles, California.
21

22

23                                              /s/ *DONNA BOSS*
                                                Donna Boss
24

25

26

27

28