**KILPATRICK TOWNSEND & STOCKTON LLP**
Evan S. Nadel (CA Bar No. 213230)
*ENadel@ktslaw.com*
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone: (415) 576-0200; Facsimile: (415) 576-0300

Kollin J. Zimmermann (CA Bar No. 273092)
*kzimmermann@ktslaw.com*
1801 Century Park East Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830; Facsimile: (310) 860-0363

Marc A. Lieberstein (Admitted *pro hac vice*)
*mlieberstein@ktslaw.com*
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700; Facsimile: (212) 775-8800

Kristin M. Adams (Admitted *pro hac vice*)
*KMAdams@ktslaw.com*
1100 Peachtree Street N.E., Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500; Facsimile: (404) 815-6555

*Attorneys for Plaintiff*
*Chippendales USA, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPPENDALES USA, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>CHRISTIAN W. BANERJEE, STRIPPENDALES CORPORATION, STRIPPENDALES LLC, and STRIPPENDALES69 LLC,<br><br>    *Defendants.* | Case No. 2:23-cv-08630-PA-PD<br>Hon. Judge Percy Anderson<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**<br><br>Filed:  October 12, 2023 |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**
**CASE NO.:  2:23-CV-08630-PA-PD**

1   Plaintiff Chippendales USA, LLC ("Chippendales") hereby requests that the
2   Clerk in the above-entitled Court enter default in this matter against all Defendants:
3   Christian W. Banerjee, Strippendales Corporation, Strippendales LLC, and
4   Strippendales69 LLC (collectively, the "Defendants"). Chippendales makes this
5   request on the ground that Defendants have failed to appear or otherwise respond to
6   the Complaint (Dkt. No. 1) within the time prescribed by the Federal Rules of Civil
7   Procedure, California Code of Civil Procedure Sections 415.50 and 412.30, and
8   order of this Court.

9   On January 10, 2024, this Court granted Chippendales's motion for leave to
10   serve all four Defendants by alternative means (Dkt. No. 32; Declaration of Evan S.
11   Nadel in Support of Plaintiff's Request for Entry of Default Against Defendants
12   ("Nadel Decl.") ¶¶ 2-5). Pursuant to this Court's January 10, 2024 Order,
13   Chippendales completed service of process on defendants Strippendales
14   Corporation, Strippendales LLC, and Strippendales69 LLC via the California
15   Secretary of State on January 23, 2024, with evidence of proof of service of
16   summons and complaint on file with this Court (Dkt. Nos. 34, 34-1, 34-2, 34-3;
17   Nadel Decl. ¶ 6). Further pursuant to this Court's January 10, 2024 Order, service of
18   process on defendant Banerjee by publication was completed no later than February
19   22, 2024, with evidence of proof of service of summons and complaint on file with
20   this Court (Dkt. Nos. 34, 34-4, 34-5, 34-6; Nadel Decl. ¶ 7).

21   On March 15, 2024, the Court issued a Minutes In Chambers – Court Order
22   confirming service on all Defendants was complete and setting April 1, 2024 as the
23   last day for each Defendant to respond to the summonses and complaint (Dkt. No.
24   35; Nadel Decl. ¶¶ 8-9). None of the Defendants appeared or filed a responsive
25   pleading as required by April 1, 2024 (Nadel Decl. ¶ 10).

26
27
28

1    As such, Chippendales hereby requests that the Clerk enter default in this

2    matter against all Defendants.

3

4    Dated: April 2, 2024              Respectfully submitted,

5                                      KILPATRICK TOWNSEND & STOCKTON LLP

6

7                                      By:   */s/ Evan S. Nadel*
                                            Evan S. Nadel
8                                           Kollin J. Zimmermann
                                            Marc A. Lieberstein (Admitted *pro hac vice*)
9                                           Kristin M. Adams (Admitted *pro hac vice*)

10                                          *Attorneys for Plaintiff*
11                                          *Chippendales USA, LLC*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## **PROOF OF SERVICE**

3

4

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years, and not a party to the within action or proceeding. My business address is 1801 Century Park East, Suite 2300, Los Angeles, CA 90067, and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

5

6

7

8

9

I caused to be served the document entitled: **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** on the defendants Christian W. Banerjee, Strippendales69 LLC, Strippendales LLC, and Strippendales Corp., each of whom are not registered for the CM/ECF system, as follows:

10

11

☒ <u>By U.S. First Class Mail</u>.  On April 2, 2024, a copy of the referenced document was placed in a sealed envelope, with postage prepaid, for collection and mailing with the U.S. Postal Service, addressed to:

12

13

14

(1)     Christian W. Banerjee: 1320 5th Ave., San Diego, CA 92101;
(2)     Strippendales69 LLC: 1200 Pacific Coast Hwy Apt 217, Huntington Beach, CA 92648;
(3)     Strippendales LLC: 1200 Pacific Coast Hwy Apt 217, Huntington Beach, CA 92648; and
(4)     Strippendales Corporation: 5305 Cochran Street, #103, Simi Valley, CA 93063.

15

16

17

18

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

19

20

Executed on April 2, 2024, in Los Angeles, California.

21

22

23

/s/ *DONNA BOSS*
Donna Boss

24

25

26

27

28