**KILPATRICK TOWNSEND & STOCKTON LLP**
Evan S. Nadel (CA Bar No. 213230)
*ENadel@ktslaw.com*
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200; Facsimile: (415) 576-0300

Kollin J. Zimmermann (CA Bar No. 273092)
*kzimmermann@ktslaw.com*
1801 Century Park East Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830; Facsimile: (310) 860-0363

Marc A. Lieberstein (Admitted *pro hac vice*)
*mlieberstein@ktslaw.com*
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700; Facsimile: (212) 775-8800

Kristin M. Adams (Admitted *pro hac vice*)
*KMAdams@ktslaw.com*
1100 Peachtree Street N.E., Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500; Facsimile: (404) 815-6555

*Attorneys for Plaintiff*
*Chippendales USA, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPPENDALES USA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTIAN W. BANERJEE, STRIPPENDALES CORPORATION, STRIPPENDALES LLC, and STRIPPENDALES69 LLC,<br><br>*Defendants*. | Case No. 2:23-cv-08630-PA-PD<br>Hon. Judge Percy Anderson<br><br>**DECLARATION OF EVAN S. NADEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**<br><br>Filed: October 12, 2023 |

**DECLARATION OF EVAN S. NADEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR
ENTRY OF DEFAULT AGAINST DEFENDANTS
CASE NO.: 2:23-CV-08630-PA-PD**

I, Evan S. Nadel, hereby declare as follows:

1. I am a member in good standing of the Bar of the State of California, and I am a partner at the law firm of Kilpatrick Townsend & Stockton LLP, attorneys for Plaintiff Chippendales USA, LLC ("Chippendales") in this action. I make this Declaration, based on my own personal knowledge, in support of Chippendales's concurrently filed Request for Entry of Default Against Defendants.

2. On October 12, 2023, Chippendales filed this action against individual defendant Christian W. Banerjee ("Banerjee") and against the three entity defendants Strippendales Corporation, Strippendales LLC, and Strippendales69 LLC (collectively, the "Corporate Defendants") for federal trademark infringement, counterfeiting, and unfair competition and related claim under the California Unfair Business Practices Act (Dkt. No. 1).

3. Plaintiff's original deadline to complete service of process on Defendants was January 10, 2024 (Fed. R. Civ. P. 4(m)).

4. Chippendales diligently worked to effect service on Defendants, but was unable to do so for the reasons outlined in its timely January 10, 2024 *Ex Parte* Application for Order Allowing Alternative Service (Dkt. No. 31 *et seq.*).

5. On January 10, 2024, this Court granted Chippendales's motion for leave to serve all four Defendants by alternative means (Dkt. No. 32).

6. Pursuant to the January 10, 2024 Order, Chippendales completed service of process on the three Corporate Defendants via the California Secretary of State on January 23, 2024, as shown by the Proofs of Service filed on March 15, 2024 (Dkt. Nos. 34, 34-1, 34-2, 34-3).

7. Further pursuant to the January 10, 2024 Order, service of process on Defendant Banerjee by publication was completed no later than February 22, 2024, as shown by the Proofs of Service filed on March 15, 2024 (Dkt. Nos. 34, 34-4, 34-5, 34-6).

8. On March 15, 2024, the Court issued a Minutes In Chambers – Court Order confirming service on all Defendants was complete (Dkt. No. 35, the "Chambers Order").

9. The Chambers Order further stated that "the last day for defendants to timely respond to the Summons and Complaint based on the last of the initial publication dates is no later than April 1, 2024," explaining "[t]he deadline for defendants would be even earlier under Federal Rule of Civil Procedure 12(a)(1)(A), but the Court has given defendants the benefit of the doubt by using the 30-day time limit to appear provided by California Code of Civil Procedure section 412.30." *Id.*

10. As of the time of filing this declaration on April 2, 2024, none of the Defendants have appeared or filed any response to the Complaint in the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of April, 2024, in New York, New York.

/s/ *Evan S. Nadel*
EVAN S. NADEL
KILPATRICK TOWNSEND & STOCKTON LLP

*Attorney for Plaintiff*
*Chippendales USA, LLC*

DECLARATION OF EVAN S. NADEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS
CASE NO.: 2:23-CV-08630-PA-PD                                                                          - 2 -

# PROOF OF SERVICE

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years, and not a party to the within action or proceeding. My business address is 1801 Century Park East, Suite 2300, Los Angeles, CA 90067, and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

I caused to be served the document entitled: **DECLARATION OF EVAN S. NADEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** on the defendants Christian W. Banerjee, Strippendales69 LLC, Strippendales LLC, and Strippendales Corp., each of whom are not registered for the CM/ECF system, as follows:

☒ <u>By U.S. First Class Mail</u>.  On April 2, 2024, a copy of the referenced document was placed in a sealed envelope, with postage prepaid, for collection and mailing with the U.S. Postal Service, addressed to:

(1) Christian W. Banerjee: 1320 5th Ave., San Diego, CA 92101;
(2) Strippendales69 LLC: 1200 Pacific Coast Hwy Apt 217, Huntington Beach, CA 92648;
(3) Strippendales LLC: 1200 Pacific Coast Hwy Apt 217, Huntington Beach, CA 92648; and
(4) Strippendales Corporation: 5305 Cochran Street, #103, Simi Valley, CA 93063.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 2, 2024, in Los Angeles, California.

/s/ *DONNA BOSS*
Donna Boss

**DECLARATION OF EVAN S. NADEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**
**CASE NO.: 2:23-CV-08630-PA-PD**                                                                                       - 3 -