# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 23-8630 PA (PDx) | Date | April 2, 2024 |
|---|---|---|---|
| Title | Chippendales USA LLC v. Christian W. Banerjee, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **IN CHAMBERS**

On April 2, 2024, the plaintiff filed a request for entry of default by clerk against the interests of the Defendant(s). Default by clerk was entered on April 2, 2024. Plaintiff is hereby directed to file a motion for default judgment or, other appropriate dispositive motion on or before May 2, 2024. Failure to file said dispositive motion by May 2, 2024, will result in dismissal without further notice by the Court.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| | Initials of Preparer | KSS |