1  **KILPATRICK TOWNSEND & STOCKTON LLP**
   Evan S. Nadel (CA Bar No. 213230)
2  *ENadel@ktslaw.com*
   Two Embarcadero Center, Suite 1900
3  San Francisco, CA 94111
4  Telephone: (415) 576-0200; Facsimile: (415) 576-0300

5  Kollin J. Zimmermann (CA Bar No. 273092)
   *kzimmermann@ktslaw.com*
6  1801 Century Park East Suite 2300
   Los Angeles, California 90067
7  Telephone: (310) 248-3830; Facsimile: (310) 860-0363

8  Marc A. Lieberstein (Admitted *pro hac vice*)
   *mlieberstein@ktslaw.com*
9  1114 Avenue of the Americas
10 New York, New York 10036
   Telephone: (212) 775-8700; Facsimile: (212) 775-8800
11
   Kristin M. Adams (Admitted *pro hac vice*)
12 *KMAdams@ktslaw.com*
   1100 Peachtree Street N.E., Suite 2800
13 Atlanta, Georgia 30309
14 Telephone: (404) 815-6500; Facsimile: (404) 815-6555

15 *Attorneys for Plaintiff*
   *Chippendales USA, LLC*
16

17                    **UNITED STATES DISTRICT COURT**
18                  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

19 | CHIPPENDALES USA, LLC, | Case No. 2:23-cv-08630-PA-PD |
|---|---|
| | *Hon. Judge Percy Anderson* |
| Plaintiff, | |
| v. | **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS** |
| CHRISTIAN W. BANERJEE, STRIPPENDALES CORPORATION, STRIPPENDALES LLC, and STRIPPENDALES69 LLC, | Hearing Date: June 3, 2024  Time: 1:30 pm  Courtroom: 9A |
| Defendants. | Filed: October 12, 2023 |

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**
**CASE NO.: 2:23-CV-08630-PA-PD**

|  |  |
|---|---|
| 1 | PLEASE TAKE NOTICE that on June 3, 2024, 2024, at 1:30 p.m. or as soon thereafter as this matter may be heard before the Honorable Percy Anderson in Courtroom 9A of this Court located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff Chippendales USA, LLC ("Plaintiff") will move this Court for entry of a default judgment and an order awarding Plaintiff injunctive relief, costs, and attorneys' fees against Defendants Christian W. Banerjee, Strippendales Corporation, Strippendales LLC, and Strippendales69 LLC, pursuant to Federal Rule of Civil Procedure 55(b)(2). |

As set forth in detail in Plaintiff's accompanying Memorandum of Points and Authorities in support of this Motion, Plaintiff's Motion is made on the following grounds: (1) service of process was properly effected on Defendants; (2) a default has been entered against Defendants based on their failure to respond to the Complaint; (3) the Court has personal jurisdiction over Defendants and subject matter jurisdiction over Plaintiff's claims; (4) all of the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986), favor entry of a default judgment; (5) a permanent injunction is necessary to prevent the irreparable harm to Plaintiff caused by Defendants' infringement, counterfeiting, and unfair competition; (6) Plaintiff is entitled to at least $50,000 in statutory damages, as well as attorneys' fees and costs, under the Lanham Act; and (7) Plaintiff is entitled to a judgment declaring, *inter alia*, that Plaintiff is the sole owner of the CHIPPENDALES trademarks.

This Motion is based upon this Notice, the concurrently-filed Memorandum of Points and Authorities, the Declaration of Evan S. Nadel, all pleadings and papers on file, and such oral argument as may be heard at the hearing on this Motion.

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT
CASE NO.: 2:23-CV-08630-PA-PD                                                                                                       - 1 -

| | | |
|---|---|---|
| 1 | Dated: May 2, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 4 | | By:  /s/ *Evan S. Nadel* |
| 5 | | Evan S. Nadel |
|   | | Kollin J. Zimmermann |
| 6 | | Marc A. Lieberstein (Admitted *pro hac vice*) |
|   | | Kristin M. Adams (Admitted *pro hac vice*) |
| 7 | | |
| 8 | | *Attorneys for Plaintiff* |
|   | | *Chippendales USA, LLC* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**
**CASE NO.:  2:23-CV-08630-PA-PD**                                                                                      - 2 -