# EXHIBIT 6

EXHIBIT 6 - PAGE 039

PageVault

| | |
|---|---|
| Document title: | STRIPPENDALES - Updated April 2024 - Costa Mesa, California - Adult Entertainment - Phone Number - Yelp |
| Capture URL: | https://www.yelp.com/biz/strippendales-costa-mesa |
| Page loaded at (UTC): | Thu, 18 Apr 2024 20:58:55 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 20:59:39 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 5 |
| Capture ID: | vesw5yp39x8mRggEezAuCG |
| User: | BJohnson |

PDF REFERENCE #:   2UQdpgMjZWr6FRmgCdq358

EXHIBIT 6 - PAGE 040



Write a review | Add photo | Share | Save

thestrippendales.com

(949) 922-3548

Message the business

Suggest an edit

## Location & Hours

Suggest an edit

Costa Mesa, CA 92626

## Ask the Community

Ask a question +

Yelp users haven't asked any questions yet about **Strippendales**.

## Recommended Reviews

**Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. Learn more about reviews.

**Username**
Location
0 0

Select your rating

With so few reviews, your opinion of **Strippendales** could be huge. Start your review today.

5 stars



Username
Location
0  0

Select your rating

With so few reviews, your opinion of **Strippendales** could be huge. Start your review today.

thestrippendales.com
(949) 922-3548
Message the business

✏️ Suggest an edit

**Overall rating**
★☆☆☆☆
2 reviews

5 stars
4 stars
3 stars
2 stars
1 star

Yelp Sort ∨   Filter by rating ∨          Search reviews

**Whitney W.**
Tustin, CA
0  17  6

★☆☆☆☆  Jun 14, 2023

📷 3 photos    ⓘ First to Review

Worst business ever! They are rude and disgusting and disrespectful they do not how to talk to customers. We didn't even use them because of the way they treated us while just trying to set up arrangements for an event. They are also very degrading to women!



Helpful 0    Thanks 0    Love this 0    Oh no 0

**Marlene D.**
Los Angeles, CA
0  1

★☆☆☆☆  Aug 7, 2023

I totally agree with Whitney. I wish i would've know how rude and disrespectful this company was. We personally selected two dancers and on the day of we got two different dancers. "Chris" who texted me to confirm all details said we had Wolf and Robbie but neither showed up. One of the guys was Bane/Cowboy and the other was Colombiano who was 35 minutes late. Clearly there was a riff between the two guys. Colombiano was WAAAAY too handsy touching all us girls inappropriately. They are not queer friendly! We had a male attendee and he wasn't not given any love. Colombiano also stole $40 from the bride-to-be.

I emailed the company feedback on our experience and not even an apology. Instead i was called a Karen for sharing my experience. To sum up what i shared with them:

1. Lack of communication (not notifying us of late arrivals)
2. Bait and switch (ordering one thing and getting another)
3. Discrimination against a male
4. Robbery by one of the dancers ($40 taken from bride to be)
5. Unprofessionalism (being late and playing loud music outside the home)
6. Pricing gauging (saying we actually owed more had we not provided horns)

DO NOT USE THEM: Use Hulk-O-Mania which we used before and were cheaper and queer friendly.

Helpful 0    Thanks 0    Love this 0    Oh no 0

5. Unprofessionalism (being late and playing loud music outside the home)
6. Pricing Gauging (saying we actually 6030 mi. They had I'd not provided home)

DO NOT USE THEM: Use Hulk-O-Mania which we used before and were cheaper and queer friendly.

 Helpful 0    Thanks 0    Love this 0    Oh no 0

1 of 1

3 other reviews that are not currently recommended



### Best of Costa Mesa
Things to do in Costa Mesa

### Other Adult Entertainment Nearby
Find more Adult Entertainment near Strippendales

### Trending Searches in Costa Mesa, CA
24 Hour Food
Cheap Food
Crawfish Boil
Ebt Accepted
Filipino Food
Food Trucks
Graduation Dinner
Juice Bars & Smoothies
Matcha
Mothers Day Brunch
Patio
Salads Nearby
Saturday Brunch
Tanghulu
Tuesday Specials

### Browse Nearby
Coffee
Desserts
Cocktail Bars
Breakfast
Comedy Clubs
Casinos

### Near Me
Adult Clubs Near Me
Adult Entertainment Near Me

---

### About
About Yelp
Careers
Press
Investor Relations
Trust & Safety
Content Guidelines

### Discover
Yelp Project Cost Guides
Collections
Talk
Events
Yelp Blog
Support

### Yelp for Business
Yelp for Business
Business Owner Login
Claim your Business Page
Advertise on Yelp
Yelp for Restaurant Owners
Table Management

### Languages
English

### Cities
Explore a City

**Best of Costa Mesa**

Things to do in Costa Mesa

**Other Adult Entertainment Nearby**

Find more Adult Entertainment near Strippendales

**Trending Searches in Costa Mesa, CA**

24 Hour Food

Cheap Food

Crawfish Boil

Ebt Accepted

Filipino Food

Food Trucks

Graduation Dinner

Juice Bars & Smoothies

Matcha

Mothers Day Brunch

Patio

Salads Nearby

Saturday Brunch

Tanghulu

Tuesday Specials

**Browse Nearby**

Coffee

Desserts

Cocktail Bars

Breakfast

Comedy Clubs

Casinos

**Near Me**

Adult Clubs Near Me

Adult Entertainment Near Me

---

**About**

About Yelp

Careers

Press

Investor Relations

Trust & Safety

Content Guidelines

Accessibility Statement

Terms of Service

Privacy Policy

Ad Choices

Your Privacy Choices

**Discover**

Yelp Project Cost Guides

Collections

Talk

Events

Yelp Blog

Support

Yelp Mobile

Developers

RSS

**Yelp for Business**

Yelp for Business

Business Owner Login

Claim your Business Page

Advertise on Yelp

Yelp for Restaurant Owners

Table Management

Business Success Stories

Business Support

Yelp Blog for Business

**Languages**

English

**Cities**

Explore a City

Copyright © 2004–2024 Yelp Inc. Yelp, yelp, and related marks are registered trademarks of Yelp.