UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-8630 PA (PDx) | Date | June 3, 2024 |
|---|---|---|---|
| Title | Chippendales USA LLC v. Christian W. Banerjee, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Marea Woolrich | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Evan S. Nadel (video) <br> Forrest Flemming (video) | Christian W. Banerjee, Pro Se (video) |

**Proceedings:**   MOTION for Default Judgment [44]

Cause called; appearances made. Court and counsel confer. The Court sets a briefing schedule. Defendant shall file a Motion to set aside his default by July 8, 2024. Opposition is due by July 22, 2024. The reply, if any, is due by July 29, 2024.

IT IS SO ORDERED.

|  | : | 13 |
|---|---|---|
| | Initials of Preparer | KSS |