CHRIS BANE
STRIPPENDALES
STRIPPENDALES, LLC
STRIPPENDALES 69, LLC
2060 NE 55th Street
Fort Lauderdale, FL 33308

**FILED**
CLERK, U.S. DISTRICT COURT

07/07/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ASH_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CHIPPENDALES USA, LLC,

    *Plaintiff,*

v.

CHRISTIAN W. BANERJEE,
STRIPPENDALES CORPORATION,
STRIPPENDALES LLC, and
STRIPPENDALES69, LLC,

    *Defendants.*

Case No. 2:23-cv-08630-PA-PD
*Hon. Judge Percy Anderson*

**MOTION TO SET ASIDE PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**

Filed:  October 12, 2023

    Comes now Chris Bane, erroneously sued and served as, "CHRISTIAN W. BANERJEE", Defendant in the above-captioned case, and respectfully moves that this Court set aside the Entry of Default and Default Judgment in the above-entitled and numbered cause and allow Defendant to answer the Complaint of Plaintiff, and as grounds for said Motion would show unto the Court the following:

1.    The Complaint in the above-entitled and numbered cause was filed on October 12, 2023. and a summons issued by the Clerk of Court on October 23, 2023.

**FACTUAL BACKGROUND**

2.    Chippendales, is an entity created and owned by Easebe Enterprises, Inc.  Easebe was founded by Somen "Steve" Banerjee in 1975, Chris Bane's natural father.  Currently, in a separate court matter, Chris Bane is challenging and establishing that he is the rightful owner of Easebe.  Chris Bane has knowledge and information prudent to this case to establish that the present entity Chippendales USA, LLC (a Delaware Corporation) does not have legal ownership of Chippendales.  Chris Bane is not the sole Member of Strippendales.

## INEFFECTIVE SERVICE OF PROCESS

3.     Plaintiff has failed to follow the California Code of Civil Procedures section 412.20 by not providing the following to Defendant with their **Summons** to wit:

> (3) A direction that the defendant file with the court a written pleading in response to the complaint within 30 days after summons is served on him or her.
>
> (4) A notice that, unless the defendant so responds, his or her default will be entered upon application by the plaintiff, and the plaintiff may apply to the court for the relief demanded in the complaint, which could result in garnishment of wages, taking of money or property, or other relief.
>
> (5) The following statement in boldface type:  "You may seek the advice of an attorney in any matter connected with the complaint or this summons. Such attorney should be consulted promptly so that your pleading may be filed or entered within the time required by this summons."
>
> (6) The following introductory legend at the top of the summons above all other matter, in boldface type, in English and Spanish:
>
> "Notice!  You have been sued.  The court may decide against you without your being heard unless you respond within 30 days.  Read information below."
> (b) Each county may, by ordinance, require that the legend contained in paragraph (6) of subdivision (a) be set forth in every summons issued out of the courts of that county in any additional foreign language, if the legend in the additional foreign language is set forth in the summons in the same manner as required in that paragraph.
> (c) A summons in a form approved by the Judicial Council is deemed to comply with this section.
> *(Amended by Stats. 1989, Ch. 1105, Sec. 6.)*

4.     Plaintiff has failed to follow the California Code of Civil Procedures section 412.30 by not providing the following to Defendant with their **Summons** to wit:

> "In an action against a corporation or an unincorporated association (including a partnership), the copy of the summons that is served shall contain a notice stating in substance:  "To the person served:  You are hereby served in the within action (or special proceeding) on behalf of (here state the name of the corporation or the unincorporated association) as a person upon whom a copy of the summons and of the complaint may be delivered to effect service on said party under the provisions of (here state appropriate provisions of Chapter 4 (commencing with Section 413.10) of the Code of Civil Procedure)."  If service is also made on such person as an individual, the notice shall also indicate that service is being made on such person as an individual as well as on behalf of the corporation or the unincorporated association.
>
> If such notice does not appear on the copy of the summons served, no default may be taken against such corporation or unincorporated association or against such person individually, as the case may be.
> *(Added by Stats. 1969, Ch. 1610.)*

5.     Plaintiff failed to complete service their Proof of Service as stated in their Notice of Filing of Proofs of Service dated March 15, 2024, as mentioned in Plaintiff's Exhibit A-Page 004, Exhibit B-Page 007 and Exhibit C -Page 010.  In each Proof of Service Plaintiff has failed **Exhibit 1**:

> a.   **Defendant,** erroneously sued and served as, "CHRISTIAN W. BANERJEE".
>
> b.   Proof of Service is served on Corporation stated in paragraph 2 Person Served;  "Strippendales Corporation", "Strippendales, LLC" and "Strippendales69 LLC"

however, under style of case the Defendant is stated as "CHRISTIAN W. BANERJEE", not the corporate entities.

c.   The California Secretary State has the corporate entities registrations of Defendant's entities as managed by Chris Bane, not "CHRISTIAN W. BANERJEE".

d.   There were alternate legal avenues available to properly serve Defendants, however, Plaintiff has elected not to do so in order to seek a defective judgment against Defendants.

e.   Plaintiff has failed to provide evidence that they served Defendant through the California's Secretary of State.   The SOS has never contact Defendants with a certified copy of their acceptance of service.

6.   Plaintiff was unsuccessful in their attempt to serve Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", at 1200 Pacific Coast Highway, #217, Huntington Beach, CA 92648.

a.   Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE" has not resided at this address since September 1, 2022.  Attached statement from Joshua Hall, Chris Bane's former roommate **Exhibit 2**.  Therefore, Chris Bane was not served on or before March 15, 2024.

7.   Plaintiff states they served Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", personally on March 15, 2024 via U.S. First Class Mail, at 1320 5th Avenue, San Diego, CA 92101.  This is erroneous since the address was incomplete, does not include suite number "4" and Chris Bane temporarily resided at this address only in September of 2023 through early October 2023.   This address as stated on the Proof of Service belongs to KO Underground Restaurant which the Defendants' have no affiliation. **Exhibit 3**.

8.   Plaintiff attempted to serve Defendant "Strippendales Corporation" at 5305 Cochran Street, #103, Simi Valley, CA 93063, however, this address belongs to a former personal training client of Chris Bane, Warren Gaston.  Mr. Gaston is a double amputee and recently had a kidney transplant, attending frequent dialysis appointments.   Mr. Gaston allowed the one-time use of his address around October of 2022 for Strippendales to utilize Google ads, but due to his disabilities he is unable to be a reliable source to accept mail, etc.   Mr. Gaston does not know the name "Christian Banerjee" and only knows Defendant by his legal name Chris Bane. This address was never a business address of Strippendales nor has Chris Bane ever resided at this address.

a.  Since this Plaintiff's Motion of Default Judgment Against Defendants, Chris Bane has contacted Warren Gaston and he attested that someone tried to serve Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", at this address and he informed the server that "CHRISTIAN W. BANERJEE" was not available at this address, Warren had nothing to do with the business entities of Strippendales and that Chris Bane was "homeless" and refused service.

9.    Defendant's businesses; Strippendales, Strippendales, LLC, Strippendales69, LLC, all known as Strippendales, is online web-based with **no physical address**.

10.   Plaintiff asserts in their paragraph 23 of the Plaintiff's Motions for Default Judgment Against Defendants and exhibit 6, that in Strippendale's Yelp listing provides for a business location, however, Yelp does not provide a business location because Defendant's business is an online web-based business only.  **Exhibit 4.**

11.   Since Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", was living out of the state of California (paragraph 2 above), Plaintiff did not follow the California Code of Civil Procedure and serve Defendant via Certified Mail.

12.   On June 5, 2023 Plaintiff sent to Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", a Cease-and-Desist letter to the business' client booking email address "**booking@strippendales.com**" not to the corporate officer address as stated on Defendant's website.  The person/independent contractor managing this email address is not authorized to receive service on behalf of Chris Bane, Strippendales, Strippendales, LLC, and Strippendales69, LLC.

13.   On January 23, 2024, as alleged by Plaintiff, Plaintiff states he has served Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", were closely monitoring his day-to-day activities and postings on his personal social media accounts at **booking@strippendales.com**, however, again, this is not the corporate officer email address, it is an operational address maintained by a third-party independent contractor known as Pedro Flores, and used for clientele booking purposes only.   Plaintiff refers to Chris Bane's, social media accounts in the Plaintiff's Motion for Default Judgment Against Defendants paragraphs 18, 19, 20, 21, and 22.  At no time has Plaintiff enquired about the correct service of process address from Chris Bane.  Plaintiff states he has contacted Chris Bane through his Instagram account, however, he has not and there are no records from the Plaintiff whatsoever.

14.   On November 7, 2023 Plaintiff's attorney sent an email requesting if Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", would accept service via email and Defendant's "booking" address (aforementioned).   Plaintiff's attorney refused to

discuss ask at any time with Defendant how to serve the Defendant.  Defendant has explained in a phone conversation that the email Plaintiff insisted on using was not his direct email but was for the business operations which are used by an independent third-party person.

15.     In a follow up conversation with Plaintiff's attorney, Mr. Lieberstein, Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", asked Lieberstein to accept Defendant's lawsuit against Plaintiff and Mr. Lieberstein's response was "No".  Plaintiff refused to offer any further information on how Defendant was to serve the Plaintiff.   In the Plaintiff's Motion For Default Judgment Against Defendants, the Declaration is made by Evan S. Nadel, not Mr. Lieberstein, in their attempt to effect a judgment against Defendants, knowing full well of the conversations Chris Bane has maintained with Lieberstein.

    a.   Plaintiff then takes a part of Defendant's summons and complaint, dated June 26, 2023, that Plaintiff has refused to receive service, refused sheriff's three times but then attaches Defendant's summons and complaint as an Exhibit to his motion for default in this case.   By doing so, Plaintiff has now admitted to receipt of Defendant's summons and complaint and Defendant will be appealing Plaintiff's Default for lack of service.

16.     Plaintiff failed to complete their service of process on Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", by their deadline on January 10, 2024 as well as their extended deadlines.

17.     Plaintiff states in their Motion for Default Judgment Against Defendants, erroneously sued and served as, "CHRISTIAN W. BANERJEE", on May 2, 2024, paragraph 16, that he has "today emailing and mailing copies of Plaintiff's Motion and all support documents to Defendants", however, to date, Defendants, have not received any documents mailed to the 2060 NE 55th Street, Fort Lauderdale, FL 33308 nor to the email address at strippendalesfl@gmail.com from Evan S. Nadel nor anyone from Plaintiff's attorney's offices.

18.     Plaintiff has deliberately failed to notice Defendant at his established email address to receive any and all legal matters at **strippendalesfl@gmail.com** as clearly stated on his website under the "contact" tab.  **Exhibit 8**.

## TEMPORARY DISABILITY, MEDICAL CONDITION AND HOMELESSNESS

19.     Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", Chris Bane, was involved in an injury resulting in the rupturing of his pectoral muscles on February 14, 2022 and has been seeking medical treatment spanning two years and four surgeries as a

result.  Plaintiff has knowledge of Defendant's condition through his social media accounts. **Exhibit 9**.

    a.  Defendant had undergone two unsuccessful botched surgeries, and has become a victim of medical malpractice, through Dr. Dick Blanks, in his attempt to re-attach his left pectoral on February 24, 2022 and April 18, 2023.

    b.  At the time Plaintiff attempted to serve the Defendant, Defendant was in the process of seeking surgery a third to re-attach his left pectoral due to his pain and inability to use his left arm from post-surgery April 19, 2023 through January 2024 when Dr. Dean Wang confirmed through an office visit and an MRI that Defendant's left pectoral muscle was not attached.

    c.  Defendant was able to have successful pectoral reattachment surgery scheduled on March 13 and completed on March 20, 2024 and is currently undergoing physical therapy under the care of Dr. Dean Wang at UCI.   His instructions for Chris Bane not to return to work until June 20, 2024.  **Exhibit 5**.

20.  Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", has been homeless without a physical address as a result of his injuries since September 1, 2022.

21.  Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", was unable to receive Plaintiff's notice by publication as stated by Plaintiff since Chris Bane was homeless and without access to a computer, nor attorney representation.

22.  Plaintiff was well aware of Defendant's, erroneously sued and served as, "CHRISTIAN W. BANERJEE", homeless condition per their own Complaint and the monitoring of his social media accounts whereas he posts about the difficulties of being homeless due to his personal injuries.  **Exhibit 9**.

23.  Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", Chris Bane was living temporarily in and out of state, between hotels in California and 2007 Outwood Mills Lane, Austin, Texas 78744 from October 2023 to December 2023 at.  **Exhibit 6**.

24.  Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", Chris Bane has permanently relocated to an undisclosed location in Florida on March 23, 2024.

**ERRONEOUSLY SUED AND SERVED DEFENDANTS–DEFENDANTS NOT NAMED**

25.  Plaintiff has performed an Insufficient Service of Process as Defendant's name is no longer Christian W. Banerjee as has been legally changed on January 20, 2022.  **Exhibit 7**.

    a.  Defendant, erroneously sued and served as, "CHRISTIAN W. BANERJEE", has updated his legal name change on the Strippendales, Strippendales LLC on

July 11, 2022 and Strippendales69, LLC on July 8, 2022 on the California Secretary of State.

26.     Plaintiff and his colleague Anna Antonova, are fully aware of Chris Bane's name change on her discovery on April 4, 2024, as attached to their Plaintiff's Motion for Default Judgment Against Defendants filed on May 2, 2024, paragraph 15.a., and Exhibit 1, Page 012, however, continuously and intentionally chose to use his former name in this Complaint which is erroneous and ineffective service.  Plaintiff had initial knowledge of Chris Bane's name change as referenced in their initial complaint filed on October, 12, 2023 referenced on paragraph 9. Plaintiff failed to file an amended Complaint, Summons and failed to re-serve and re-notice Chris Bane accordingly.  **Exhibit 7.**

27.     Plaintiff had additional knowledge and confirmation of Defendant's legal name change from their private investigator, David Vacca, as determined in his statement dated December 11, 2023, (Plaintiff's Exhibit 20-Page 290 Affidavit of Non-Service) and Plaintiff continued to process this here Complaint erroneously.

**MULTIPLE ATTEMPTS AND THREATS ON DEFENDANT'S LIFE CHRIS BANE**

28.     Plaintiff was well aware of Defendant's, erroneously sued and served as, "CHRISTIAN W. BANERJEE", physical injuries.  On April 5, 2023, while walking to pick up his vehicle at a mechanic's shop 5972 Warner Avenue, Huntington Beach, CA 92649, Pedro Murillo-Gonzalez and fellow accomplices, ran Chris Bane over with their vehicle, a Honda Civic, multiple times, before Pedro exited the vehicle, then calling out to Defendant by his name "Chris Bane" while yielding a knife, attacking Defendant.  Defendant's left hand was fileted open and two fingers on the right hand were severed and needed reattachment surgery conducted at Hoag Hospital in Newport Beach, California.   **Exhibit 10**

    a.  Defendant has now lost the use of his two fingers on his right hand and one on his left hand.  Defendant has surgery on his hands on April 5, 2023.  Defendant has posted these events on social media and Plaintiff is well aware.

    b.  Defendant was declared as Disabled "ADA Special Needs" per the Orange County Health Care Agency on April 6, 2023.

29.     On April 7, 2023, Chris Bane had a pending court appearance in probate court against Helen and Brad Maryman and Jesus Moises Diaz (alias Jesse Banerjee) matters that concern the Irene Banerjee Trust and Estate which are contestable issues concerning the alleged including but not limited to the sale/transfer/lease/management of Chippendales, Chippendales USA, LLC, CHIP LLP, CLP Tours, LLC (and all other entities) and/or it's Trademarks, Usage, Licensing, and Copyrights, merchandise, etc. Chippendales is monitoring of the ongoings of

this lawsuit/probate and have been continuing to gain access to the sensitive and personal court documents from Chris Bane's Trust.

30.    Prior to Chris Bane's court appearance on November 21, 2023 in his case filed against Chippendales and Kevin Denberg, Chris Bane had been receiving multiple calls from "blocked and unknown" numbers, varying voices but with messages threatening his life should he appear in his case on this date.

31.    On November 25, 2023, (four days after missing his court appearance) Chris Bane had received a phone call, while he was staying at a "safe location", The Orleans Hotel, in Las Vegas.  Bane received a suspicious phone call to book him personally at a location in downtown San Diego.  Not feeling comfortable with the situation after arriving at a downtown San Diego hotel, Bane left the location on his way back to his hotel in Carlsbad.  In route, the front of his vehicle, made a large noise, exploded and caught fire, he lost control of his vehicle as it spun multiple times and hit the steel barrier next to a deadly cliff on Interstate 5 North.  The airbags deployed and his vehicle was totaled.  Witnesses stated that they heard a loud explosion and saw that his front tires were "engulfed in flames".   Bane was without a vehicle until January of 2024.

32.    At this time, Chippendales' actions have become suspect with their questionable activities. They have knowledge and are monitoring the location of Chris Bane through their private investigator, David Vacca, contacting him, following him, using skip trace methods and vehicle sighting databases.  At this time, it is unsure whom David Vacca is sharing his information with, however, his timeline is consistent with the attacks on the life of Chris Bane. Furthermore, it is suspicious and skeptical that the alleged "owners" of Chippendales have organized themselves to maintain their anonymity and to ensure that their identities are not made known within this case nor publicly.

## CONCLUSION

As aforementioned, Plaintiff did not diligently work to effect service on Defendants, erroneously sued and served as, "CHRISTIAN W. BANERJEE".  Plaintiff has numerous opportunities and conversations available to him and instead, has utilized the court to strategically exploit Chris Bane's medical and homeless conditions to their client's advantage. It is proven that the Plaintiffs were closely monitoring his day-to-day activities and postings on his personal social media accounts as they state in their original complaint in numerous occasions.  Due to Plaintiff's negligent behavior, they impeded on Defendant's ability to appear in court and file his responses to the Complaint.

1
2
3
4

Although the Defendants, erroneously sued and served as, "CHRISTIAN W. BANERJEE", Chris Bane has sustained temporary disabilities, medical conditions, and homelessness. Plaintiff has continued to mis-state facts and records about Defendants, made possible threats and attempts on his personal life, all in order to seek a defective judgement against Defendant.

5
6
7

Chris Bane, Strippendales, Strippendales, LLC and Strippendales69, LLC deny any and all accusations and allegations made by Plaintiffs as stated in their Complaint and Plaintiffs Motion for Default Judgment Against Defendants.

8
9

Chris Bane, Strippendales, Strippendales, LLC and Strippendales69, LLC respectfully moves this Court to set aside the Entry of Default and Default Judgment in the above-entitled and allow Defendant to answer and respond the Complaint of Plaintiff.

10
11    Dated: July 5, 2024                        Respectfully submitted,

12
13
14                                               By: /s/Chris Bane_____
                                                      Chris Bane
15                                                    Strippendales
                                                      Strippendales, LLC
16                                                    Strippendales69, LLC
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

EXHIBIT 1 – PAGE 001

Evan S. Nadel  SBN: 213230
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
(415) 576-0200

## United States District Court Central District of California
## Western Division

| | | CASE NUMBER: 2:23-cv-08630 - JFW (SKx) |
|---|---|---|
| CHIPPENDALES USA, LLC | Plaintiff(s) | |
| v. | | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| CHRISTIAN W. BANERJEE, et al. | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

   a. ☑ Summons     ☐ First Amended Complaint     ☐ Third Party Complaint
   ☑ Complaint     ☐ Second Amended Complaint     ☐ Counter Claim
   ☐ Alias Summons     ☐ Third Amended Complaint     ☐ Cross Claim
   ☑ other *(specify):* **Order Allowing Alternate Service**

2. **Person served:**

   a. ☑ Defendant *(name:)* **STRIPPENDALES LLC**
   b. ☑ Other *(specify name and title or relationship to the party/business named):*
       **California Secretary of State, Authorized to Accept on Behalf of Strippendales LLC - by serving Eric Anderson – Deputy**
   c. ☑ Address where the papers were served: **1500 11th St Rm 390**
       **Sacramento, CA 95814**

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

   a. ☑ Federal Rules of Civil Procedure

   b. ☐ California Code of Civil Procedure

4. **I served** the person in Item 2:

   a. ☑ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

       1. ☑ **Papers were served on** *(date):* **1/23/2024** at *(time):* **12:08 PM**

   **b.** ☐ By **Substituted Service.** By leaving copies:

       1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

       3. ☐ **Papers were served on** *(date):* at *(time):*

       4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

       5. ☐ **papers were mailed on**

       **6.** ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

CV-1 (03/10)            **PROOF OF SERVICE - SUMMONS AND COMPLAINT**            PAGE 1

EXHIBIT 1 – PAGE 002

Evan S. Nadel  SBN: 213230
**KILPATRICK TOWNSEND & STOCKTON LLP**
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
(415) 576-0200

---

**United States District Court Central District of California**
**Western Division**

| | | CASE NUMBER: |
|---|---|---|
| CHIPPENDALES USA, LLC | Plaintiff(s) | **2:23-cv-08630 - JFW (SKx)** |
| v. | | **PROOF OF SERVICE** |
| CHRISTIAN W. BANERJEE, et al. | | **SUMMONS AND COMPLAINT** |
| | Defendant(s) | *(Use separate proof of service for each person/party served)* |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents):*

   a. ☑ Summons    ☐ First Amended Complaint    ☐ Third Party Complaint
     ☑ Complaint    ☐ Second Amended Complaint    ☐ Counter Claim
     ☐ Alias Summons    ☐ Third Amended Complaint    ☐ Cross Claim
     ☑ other *(specify):* **Order Allowing Alternate Service**

2. **Person served:**

   a. ☑ Defendant *(name:)* **STRIPPENDALES69 LLC**
   b. ☑ Other *(specify name and title or relationship to the party/business named):*
     **California Secretary of State, Authorized to Accept on Behalf of Strippendales69 LLC - by serving Eric Anderson**
     **- Deputy**
   c. ☑ Address where the papers were served:    **1500 11th St Rm 390**
                                **Sacramento, CA 95814**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked):*

   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☑ By **Personal Service.** By personally delivering copies.  If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

     1. ☑ **Papers were served on** *(date):* **1/23/2024** at *(time):* **12:08 PM**

   b. ☐ By **Substituted Service.** By leaving copies:

     1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

     2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

     3. ☐ **Papers were served on** *(date):* at *(time):*

     4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

     5. ☐ **papers were mailed on**

     6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender.  **(Attach completed Waiver of Service of summons and Complaint.)**

---

CV-1 (03/10)            **PROOF OF SERVICE - SUMMONS AND COMPLAINT**            PAGE 1

EXHIBIT C - PAGE 010     A462269

EXHIBIT 1 PAGE 003

# EXHIBIT 2

EXHIBIT 2 – PAGE 004

From: **Joshua Hall** joshuahall001@gmail.com

Subject: **Sublease confirmation for Christian**

Date: **June 4, 2024 at 8:16:20 PM**

To: **Strippendales@icloud.com**

I am writing to confirm that Christian subleased a room at 1200 Pacific Coast Hwy #217 from December 2020 to September 1, 2022. Due to an injury on February 14, 2022, which left him unable to work, Christian was unable to continue paying rent and moved out on September 1, 2022. During his tenancy, Christian's mail continued to be sent to the subleased address. He collected his mail in November, and to my knowledge, he returned to pick up any remaining mail in early May 2024.

EXHIBIT 2 – PAGE 005

# EXHIBIT 3

EXHIBIT 3 – PAGE 006

KO UNDERGROUND BREWERY - CLOSED - Updated July 2024 - ...          https://www.yelp.com/biz/ko-underground-brewery-san-diego



EXHIBIT 3 – PAGE 007

# EXHIBIT 4

EXHIBIT 4 – PAGE 008



EXHIBIT 4 – PAGE 009

# EXHIBIT 5

EXHIBIT 5 – PAGE 010

## HISTORY OF PRESENT ILLNESS:

Christian Walter Banerjee is a 33 year old male who presents with shoulder pain, injury, and weakness for 2 year(s). Symptoms started with sudden onset and are stable. The original mechanism of injury was bilateral pectoralis ruptures he sustain 2/2022 after taking a course of levaquin for URI and taking testosterone. He states he was a body building stripper and ruptured his bilateral pectoralis tendons while bench pressing. He then underwent bilatearl pectoralis repair by Dr. Blanks 2/2022. He states his left pectoralis never recovered fully and upon MRI was noted to have persistent pec major tendon avulsion for which he underwent revision 4/2023. Since then he states he continues to note deformity and weakness.

Currently, symptoms are localized to the medial and anterior aspect of the shoulder. Symptoms are aggravated by movement, working out and relieved with rest. He presently rates the severity of his pain as a 9/10. He has no shoulder pain at night.

1/2

Dr. Wang
Notes

EXHIBIT 5 – PAGE 011

2/2

MRI: There has a persistent tear with retraction of the sterno costal head of the pectoralis major.  Clavicular head appears intact.

**ASSESSMENT:**
1.  Left  pectoralis tendon failed repair x2

**PLAN**
We discussed the nature of his diagnosis and specific treatment options.  He has a difficult issue.  He has already had 2 failed pec tendon repairs by an outside surgeon.  Therefore, I discussed that a revision surgery most likely will not get him back to 100% but hopefully will make him feel better with improvement of pain and strength.  He is willing to undergo another surgery, since it has already been a year since the last surgery and he has not made any improvements in his strength.  He understands that there are no guarantees of improvement with a second revision surgery. Revision surgery would consist of a repair versus reconstruction using allograft of the sternal costal head of the pectoralis

EXHIBIT 5 – PAGE 012

**UCI Health**

March 20, 2024

# UCI Health

**Dean Wang, MD**
Associate Professor
Chief, Division of Sports Medicine
Department of Orthopaedic Surgery
Tel: 714-456-1699
Fax: 714-456-7457
License # A124076

**UC Irvine Medical Center**
101 The City Drive South, Pavilion III
Orange, California 92868 || 714-456-7012

**The Orthopaedic & Sports Medicine Center**
1640 Newport Blvd, Suite 230
Costa Mesa, CA 92627 || 949-515-521

03/20/24

**Chris Bane**
**1200 PACIFIC COAST HWY APT 217**
**HUNTINGTON BEACH,  CA 92648**

Chris Bane has been under my care and is estimated that his will be able to return to work on: 6/20/24.

Nature of illness or injury: Revision left pectoralis tendon repair, date of surgery 3/20/24

If you have any questions or concerns, please contact our office at 714-456-7012. Thank you.

Sincerely,

**Dean Wang, MD**
Orthopaedic Surgery & Sports Medicine
Chief, Division of Sports Medicine
Department of Orthopaedic Surgery
UCI Health
deanwangmd.com

UCI PAVILION 3 ORTHOPAEDIC SURGERY
101 THE CITY DRIVE SOUTH
ORANGE CA 92868-3201
TEL: 714-456-7012
FAX: 714-456-8711
Page 1 of 1

EXHIBIT 5 – PAGE 013

Name: Chris Bane | DOB: 8/4/1990 | MRN: 3248702 | PCP: Per patient No pcp | Legal Name: Chris Bane

## Surgery 3/13/24 with Dean Wang, MD

Participants: Lisa A

All messages have been loaded.

Lisa A Mar 5, 8:48 PM

To whom it may concern:

Christian Banerjee (Chris Bane) is scheduled for surgery on 3/13/24 at UCI Medical Center, with Dean Wang, MD. If you have any questions, please feel free to reach out to me at (714) 456-6041

Thank you, Lisa Allen/ UCI Orthopedic

Showing 1 of 1

This conversation has expired. If you need to contact us, please send a new message.

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

EXHIBIT 5 – PAGE 014

Name: Chris Bane | DOB: 8/4/1990 | MRN: 3248702 | PCP: Per patient No pcp | Legal Name: Chris Bane

# Discharge Instructions

### Ryan Tho Le at 3/20/2024  6:12 PM

**Activity**
- You are nonweightbearing (do not put any weight on the involved extremity) on left upper extremity
- Please take extra precautions to maintain your balance while out of bed, and ask for help if you do not feel stable when walking.
- Keep dressing clean and dry. Do not get incision or dressing wet.
- No baths, no swimming, no beach until cleared by MD. You may shower as long as you wrap the affected extremity with plastic bags and seal it with tape so that the surgical incisions do not get wet.
- Do not drive until cleared by your MD at your follow up appointment

**Medications:**
- You may continue your home medications
- Please walk at least 3 times daily to prevent blood clot formation after surgery. Do not stay in bed for more than 6 hours at a time.
- Take narcotic pain medications only as needed for severe pain. Narcotic pain medications are highly addictive and should only be taken for a few days after discharge.
- Do not drive while taking narcotic pain or muscle relaxant medication.
- Please take a stool softener and/or laxative if you get constipated while taking narcotic pain medicine.

**Appointments:**
- Please follow up in Dr. Wang's orthopaedic clinic in 2 weeks for a postoperative check and for suture/staple removal
- If you have any questions or need to confirm/change the follow up appointment, call 714-456-7012.
- You should receive a call in the next 3 days to schedule a follow up appointment, if not contacted please call 714-456-7012 to schedule a follow up appointment in 2 weeks.

**Go to emergency department if you experience any of the following:**
- Fevers greater than 100.5F or chills
- Increased pain, redness, swelling, bleeding, or foul-smelling drainage at the incision site
- Incision separates or comes apart
- Dark-colored or bloody urine
- Bright red or dark black stools
- New onset of chest pain or shortness of breath

# Interval H&P Note

### Amanda Marinko at 3/20/2024  1:46 PM

**HISTORY & PHYSICAL - INTERVAL ASSESSMENT & UPDATE**

Chris Bane      **MRN:** 3248702

EXHIBIT 5 – PAGE 015

I have reviewed the current history and physical (which is less than 30 days old) and verified its content. I have reexamined the patient today. There are no significant changes to medical status, history or physical examinations in the 24 hours prior to the procedure. Pre-operative antibiotics ordered as appropriate for organ system/body area of surgery.

Amanda Marinko, PA
03/20/24  1:46 PM
Source Note                                                                                      

## Plan of Care

Sheila M at 3/20/2024  2:07 PM

**Problem: Promotion of Perioperative Health and Safety**
**Goal: Promotion of Health and Safety of the Perioperative Patient**
Description: The patient remains safe, receives treatment appropriate to the surgical intervention and patient's physiological needs and is discharged or transferred to the appropriate level of care.
   **Outcome: Progressing**
   Flowsheets (Taken 3/20/2024 1407)
      Standard of Care: Pre-Op SOC

## Op Note

Dean Wang at 3/20/2024  4:03 PM
**OPERATIVE NOTE**

DATE OF OPERATION:
03/20/24

PREOPERATIVE DIAGNOSIS:
1.  Left  pectoralis major tendon rupture and failed repair x2

POSTOPERATIVE DIAGNOSIS:
1.  Left  pectoralis major tendon rupture and failed repair x2

NAME OF OPERATION:
1.  Left  pectoralis major tendon revision repair with allograft augmentation

ATTENDING SURGEON:
Dean Wang, MD

ASSISTANT SURGEON:
Amanda Marinko, PAC

NOTE: I certify that a P.A. was medically necessary to serve as first assistant surgeon in order to complete the surgery in a safe and expeditious manner. The assistant was employed to assist with patient positioning, improve visualization of the surgical field with retraction and suctioning, assist with closing the incision(s), and apply the postoperative sling. A qualified and appropriately trained medical resident or fellow was not available to assist in the procedure.

EXHIBIT 5 – PAGE 016

ANESTHESIA:
Regional and General

IMPLANTS:

| Implant Name | Type | Inv. Item | Serial No. | Manufacturer | Lot No. | LRB | No. Used | Action |
|---|---|---|---|---|---|---|---|---|
| Graft Achilles Tendon w/o Bone Block - S215017-020 | Grafts | Graft Achilles Tendon w/o Bone Block | 215017-020 | UCI JOINT RESTORATION FOUNDATION | | Left | 1 | Implanted |
| Kit Button Suture Inserter Large - LOG3063838 | Screws/anchors/cables | Kit Button Suture Inserter Large | | UCI ARTHREX INC | | Left | 1 | Implanted |

INDICATIONS:
Chris Bane is a 33 year old male who sustained an injury to the pectoralis tendon approximately 2 years ago.  He underwent primary surgical repair, followed by revision repair a year after the index surgery by an outside surgeon.  He continued to complain of pain and weakness.  Physical exam and advanced imaging were consistent with a persistently torn pectoralis major tendon. Given the nature of the injury and recover arm strength and function, he was indicated for a revision pectoralis major tendon repair. The risks, benefits, alternatives, and postoperative recovery of the above procedure were extensively discussed with the patient. Specific risks included but were not limited to bleeding, infection, damage to surrounding blood vessels, nerves and tendons, persistent pain, stiffness, need for further surgeries, anesthetic complications, DVT, PE, heart attack, stroke, death, wound healing complications, medication reactions, or other unforeseen complications. The patient understood these risks and elected to proceed with surgery. Informed consent was obtained.

DESCRIPTION OF PROCEDURE:
The patient was identified in the Preoperative Holding Area and the surgical site was marked. He was brought into the Operating Room and placed on the OR table in the supine position. A multidisciplinary surgical time-out was performed, confirming the correct patient, procedure, and laterality. A dose of antibiotics and TXA was given intravenously.

The shoulder and upper extremity were then prepped and draped in usual sterile fashion. The lower portion of the previous deltopectoral incision was incised and taken down through skin and subcutaneous tissue.  The clavicular head of the pectoralis major was identified and noted to be overall intact.  The clavicular head was then retracted superiorly.  There was abundant scar tissue and adhesions involving the underlying sternocostal head of the pectoralis major tendon.   This was carefully dissected and freed to isolate the sternocostal head.  Due to the chronicity of the injury and prior surgeries, the sternocostal head was mostly muscular and therefore, an allograft was used to augment the repair.  An Achilles allograft was fashioned on the back table and stored in a vancomycin wrap.  After release of all adhesions, the muscle tendon unit was noted to mobile and could be reapproximated to the anterior humerus.  No prior suture material was encountered.  Two FiberTape sutures were placed through the allograft and sternocostal head in a modified Krackow fashion.  Good control of the sternocostal head was gained.  The sutures were then loaded into 2 Arthrex biceps buttons.  Attention was then turned to the anterior humerus.  The footprint of the sternocostal head was exposed and cleaned of all remnant tissue and periosteum with a Cobb. The long head of the biceps was retracted medially.  Two unicortical holes were then drilled evenly spaced at the anatomic footprint with a good bony bridge between the holes.  The buttons were then docked unicortically from inferior to superior and flipped on the anterior cortex.  The arm was adducted, and using tension slide technique, the sternocostal head was anatomically reduced to its native footprint.  The sutures were then tied.  This completed the revision pectoralis major tendon repair.  There was good tension on the

EXHIBIT 5 – PAGE 017

sternocostal head.  The shoulder was brought through a range of motion, and the construct was noted to be stable.

The wound was then thoroughly irrigated with sterile saline and closed in layers.  Bupivacaine was injected in the skin.  Sterile dressings were applied.  The arm was placed in a shoulder sling.  The patient was then woken from anesthesia and taken to recovery room in stable condition.

I, the attending surgeon, was present for the entire procedure and performed all critical portions of the case.

COMPLEXITY STATEMENT:
Due to the technical complexity and additional mental effort required for a revision pectoralis major tendon repair, which included loss of anatomic landmarks, significant scarring of the superficial and deep tissues, and loss of tissue quality and viscoelasticity of the tendon, additional time (1 hour hours) was required compared to a standard primary pectoralis major tendon repair. Therefore, a -22 modifier should be applied to CPT 24341.

COMPLICATIONS:
None

ESTIMATED BLOOD LOSS:
50 mL

DRAINS:
None

SPECIMENS:
None

Dean Wang, MD
3/20/2024 9:21 PM

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

EXHIBIT 5 – PAGE 018

Name: Chris Bane | DOB: 8/4/1990 | MRN: 3248702 | PCP: Per patient No pcp | Legal Name: Chris Bane

## Progress Notes
Dean Wang at 5/9/2024  3:00 PM

# UCI Health

**Dean Wang, MD**
Associate Professor
Chief, Division of Sports Medicine
Department of Orthopaedic Surgery
Tel: 714-456-1699
Fax: 714-456-7457
License # A124076

**UC Irvine Medical Center**
101 The City Drive South, Pavilion III
Orange, California 92868 || 714-456-7012

**The Orthopaedic & Sports Medicine Center**
1640 Newport Blvd, Suite 230
Costa Mesa, CA 92627 || 949-515-521

### Postoperative Office Visit

**DATE OF VISIT:** 5/9/2024
**PATIENT NAME:** Chris Bane
**DOB:** 8/4/1990

**SURGICAL DATE:** 3/20/24
**PROCEDURE:** Left  pectoralis major tendon revision repair with allograft augmentation

**HISTORY OF PRESENT ILLNESS:**
Chris Bane is a 33 year old male who returns after his shoulder surgery. He has been performing his recommended exercises and is progressing as expected.  He starts physical therapy next week.  Overall, he is very happy with his progress and instantly felt a difference after his surgery.

**REVIEW OF SYSTEMS:**
Patient denies fevers, chills, chest pain, shortness of breath, and lymphedema. All other review of systems were reviewed and are negative.

**PHYSICAL EXAMINATION:**
**Vital Signs:** There were no vitals taken for this visit.
**General:** The patient is in no acute distress and well nourished for his age.
**Psychiatric:** The patient is awake, alert, and oriented to person, place, time and situation. Good mental health with normal mood and affect.
**HEENT:** Normocephalic, atraumatic. Normal hearing.
**Skin:**  No open lesions, open ulcers, or healing wounds. No induration.
**Lymphatic System:**  There is no lymphedema or pitting edema in the axilla or upper extremity.
**Neurological:** The patient has normal motor and sensory function in the distribution of the axillary, median, radial, and ulnar nerves. No long tract signs.
**Musculoskeletal:**
The wounds are healed. Forward elevation range of motion is to 115°, external rotation to 40°, internal rotation to L1.  Palpable pec repair construct. Full sensation and 2+ pulses in the

EXHIBIT 5 – PAGE 019

distal arm.

**ASSESSMENT:**
Approximately 6 week(s) status post shoulder revision pec repair with allograft

**PLAN**
The procedure details were reviewed again with the patient. We will proceed with the postoperative plan as previously planned.

*I spent 30 minutes of total time on the day of the above encounter preparing for the visit and obtaining relevant medical information, interviewing and examining the patient, formulating and discussing a treatment plan, providing additional aftercare including medications, tests, procedures, and/or coordinating further care with relevant external physicians and healthcare providers as needed.*

Recommended and prescribed: Initiate PT, gentle stretching program

Return to clinic in 2 months.

**Dean Wang, MD**
Department of Orthopaedic Surgery, UCI Health
Chief, Sports Medicine Division
Head Team Orthopaedic Physician, UCI Athletics
deanwangmd.com

*Dictated with MModal. Please excuse any errors in transcription.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

EXHIBIT 5 – PAGE 020

# EXHIBIT 6

EXHIBIT 6 – PAGE 021

From: **aaron Biel** aaronm_b@hotmail.com

Subject: **Living confirmation**

Date: **July 5, 2024 at 4:58:08 PM**

To: **Bane Strippendale** strippendales@icloud.com

Hello,

After speaking on the phone about your living situation during 2023. I can confirm you lived October 1 to December 31st at 2007 outwood mill lane.

Let me know if you need anything else
Aaron Biel
Sent from my iPhone

**EXHIBIT 6 – PAGE 022**







EXHIBIT 3 - PAGE 021

Document title: ladies, it is time to get in gear. We have another toxic night here at the hottest club in Chula Vista @palominocv... | Instagram
Capture URL: https://www.instagram.com/p/C4tNj2zPVJj/
Capture timestamp (UTC): Thu, 18 Apr 2024 20:42:41 GMT

Page 2 of 2

EXHIBIT 6 – PAGE 023

# EXHIBIT 7

EXHIBIT 7 – PAGE 024

NC-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | |
|---|---|---|
| NAME: Christian Walter Banerjee | | **FILED** |
| FIRM NAME: | | SUPERIOR COURT OF CALIFORNIA |
| STREET ADDRESS: 200 PCH #217 | | COUNTY OF ORANGE |
| CITY: Huntington Bch CA   STATE: CA  ZIP CODE: 92648 | | CENTRAL JUSTICE CENTER |
| TELEPHONE NO.: 949-922-3548   FAX NO.: | | **OCT 18 2021** |
| E-MAIL ADDRESS: stripperduras@icloud.com | | |
| ATTORNEY FOR (name): | | DAVID H. YAMASAKI, Clerk of the Court |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

BY: _____, DEPUTY

PETITION OF (name of each petitioner):
Christian Walter Banerjee

30-2021

CASE NUMBER: 01226481

**PETITION FOR CHANGE OF NAME**

Before you complete this petition, you should read the *Instructions for Filing a Petition for Change of Name* (form NC-100-INFO). You must answer all questions and check all boxes that apply to you on this petition. You must file this petition in the superior court of the county where the person whose name is to be changed resides.

1. Petitioner (present name): Christian Walter Banerjee                                      resides in this county.

2. Petitioner requests that the court decree the following name changes *(list every name that you are seeking to change):*

|   | Present name | | Proposed name |
|---|---|---|---|
| a. | Christian Walter Banerjee | changed to | Chris Bane |
| b. | | changed to | |
| c. | | changed to | |
| d. | | changed to | |

   ☐ Continued *(if you are seeking to change additional names, you must prepare a list and attach it to this petition as Attachment 2.)*

3. Petitioner requests that the court issue an order directing all interested persons to appear or file objections to show cause why this petition for change of name of the persons identified in item 2 should not be granted.

4. The number of persons under 18 years of age whose names are to be changed is (specify): 0

5. If this petition requests the change of name of any person or persons under 18 years, this request is being made by
   a. ☐ two parents.
   b. ☐ one parent.
   c. ☐ near relative *(name and relationship):*
   d. ☐ guardian *(name):*
   e. ☐ other *(specify):*

6. ☐ This petition seeks to change name of *(check one)* ☐ petitioner  ☐ *(name):*
   to conform to that person's gender identity.

7. For each person whose name is to be changed, petitioner provides the following information *(you must attach a completed copy of the attachment Name and Information About the Person Whose Name Is to Be Changed (form NC-110) for each person identified in item 2):*
   a. The number of attachments included in this petition is *(specify number):* 1
   b–f. *(These are the items on the attached page or pages of Form NC-110.)*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>NC-100 [Rev. September 1, 2018] | **PETITION FOR CHANGE OF NAME**<br>(Change of Name) | Code of Civil Procedure, § 1275 et seq.<br>www.courts.ca.gov |
|---|---|---|

EXHIBIT 1 - PAGE 012

EXHIBIT 7 – PAGE 025

30-2021 NC-110

PETITION OF (Name of petitioner or petitioners): Christian Walter Banerjee FOR CHANGE OF NAME      CASE NUMBER: 01226481

**NAME AND INFORMATION ABOUT THE PERSON**      Attachment      of
**WHOSE NAME IS TO BE CHANGED**
Attachment to *Petition* (form NC-100, form NC-200, or form NC-500)

*(You must use a **separate** attachment for **each person** whose name is to be changed. If petitioner is a guardian of a minor, a supplemental attachment, Declaration of Guardian (form NC-110G), must also be completed and attached for each minor whose name is to be changed.)*

7.  *(Continued)* Petitioner applies for a decree to change the name of the following person:

b. ☒ Self ☐ Other
(1) Present name *(specify)*: Christian Walter Banerjee
(2) Proposed name *(specify)*: Chris BAne
(3) Born on *(date of birth)*: ▇▇▇ 90
and presently ☐ under 18 years of age ☒ over 18 years of age
(4) Born at *(place of birth)*: Los Angeles, CA
(5) Sex *(as stated on original birth certificate)*: ☒ Male ☐ Female
(6) Current residence address *(street, city, county, and zip code)*: ~~Homeless~~ (Homeless, staying) 1200 PCH. #217 Huntington Bch CA 92648

c. Reason for name change *(explain)*: Shortened for Convenience ☒

d. Relationship of the petitioner to the person whose name will be changed:
(1) ☒ self            (4) ☐ near relative *(indicate relationship)*:
(2) ☐ parent          (5) ☐ Other *(specify)*:
(3) ☐ guardian

e. If the person whose name will be changed is under 18 years of age, provide the names and addresses, if known, of the following persons:
(1) Parent *(name)*:                              *(address)*:
(2) Parent *(name)*:                              *(address)*:
(3) *(Only if neither parent is living)* Near relatives *(names, relationships, and addresses)*:

f. If the person whose name will be changed is 18 years of age or older, that person must sign the following declaration:

**DECLARATION**
I declare under penalty of perjury under the laws of the State of California that *(check one)* ☒ I am not ☐ I am under the jurisdiction of the California Department of Corrections and Rehabilitation (in state prison or on parole) or in county jail and *(check one)* ☒ I am not ☐ I am required to register as a sex offender under Penal Code section 290.

Date: 10-18-21

Christian Walter Banerjee            ▶ C. BAne
(TYPE OR PRINT NAME OF PERSON WHOSE NAME IS TO BE CHANGED)         (SIGNATURE OF PERSON WHOSE NAME IS TO BE CHANGED)

*(If petitioner is represented by an attorney, the attorney's signature follows):*
Date:

_____                            ▶ _____
(TYPE OR PRINT NAME)                                      (SIGNATURE OF ATTORNEY)

*(Each petitioner must sign this petition in the space provided below or, if additional pages are attached, at the end of the last attachment.)* I declare under penalty of perjury under the laws of the State of California that the information in the foregoing petition is true and correct.

Date: 10-18-21
Christian Walter Banerjee            ▶ C. BAne
(TYPE OR PRINT NAME)                                      (SIGNATURE OF PETITIONER)

Date:
_____                            ▶ _____
(TYPE OR PRINT NAME)                                      (SIGNATURE OF PETITIONER)

☐ ADD ADDITIONAL SIGNATURE LINES FOR ADDITIONAL PETITIONERS         SIGNATURE OF PETITIONERS FOLLOWS LAST ATTACHMENT   Page 1 of 1

| Form Adopted for Mandatory Use | **ATTACHMENT TO** | Code of Civil Procedure, § 1275 et seq. |
| Judicial Council of California | **PETITION FOR CHANGE OF NAME** | www.courts.ca.gov |
| NC-110 [Rev. September 1, 2018] | | |

EXHIBIT 1 - PAGE 013

EXHIBIT 7 – PAGE 026

1    I searched the rear parking lot for vehicles possibly related to Mr. Banerjee but did

2    not identify any.

3        7.    On December 10, 2023, at approximately 8:40 AM, I visited 1320 Fifth

4    Avenue, San Diego, California 92101 to locate and serve Banerjee. He indicated this

5    as his current address in a voluntary bankruptcy petition he filed in the U.S.

6    Bankruptcy Court for the Southern District of California, Case No. 23-03142-CL7.

7    1320 Fifth Avenue is not a residential address. 1320 Fifth Avenue is a banquet hall.

8    The door was locked, and no one was present. There are no residential tenants or

9    squatters at this property. Next door to 1320 Fifth Avenue is a closed restaurant.

10       8.    I walked across the street to 1301 Fifth Avenue, San Diego, California

11   92101. This building is "Hotel Sandford" which is affordable housing provided by

12   the San Diego Housing Commission for seniors 55 and older. I met the security guard

13   in the lobby, who did not recognize Christian W. Banerjee's photograph. The security

14   guard checked the tenant directory using Mr. Banerjee's true name and aliases,

15   including Chris Bane, and stated there was no record of Banerjee staying at the

16   premises. There is no other housing or apartments near 1320 Fifth Avenue, San

17   Diego, California 92101.

18       9.    On Monday, December 11, 2023, I located records with the California

19   Department of Motor Vehicles that reflected that Mr. Banerjee legally changed his

20   name to "Chris Bane," and that he was the current, registered owner of a certain

21   vehicle with a certain license plate number. I searched the vehicle sighting database

22   using this license plate number. The recorded vehicle sightings did not indicate any

23   pattern for Mr. Banerjee's whereabouts that could allow me to locate him.

24       10.    I declare the foregoing is true and correct under the penalty of perjury

25   under the laws of the State of California this 9th day of January 2024 in Santa Ana,

26   California.

27

28               DAVID VACCA

AFFIDAVIT OF NON SERVICE
CASE NO.: 2:23-CV-08630-PA (PDx)             - 2 -

EXHIBIT 20 - PAGE 290

EXHIBIT 7 – PAGE 027

1    therefore the Service Members Relief Act (50 U.S.C. App. § 521) does not apply to

2    the Corporate Defendants. Concerning the only individual defendant, defendant

3    Banerjee, my colleague Anna Antonova consulted the Department of Defense

4    Manpower Data Center's Servicemembers Civil Relief Act (SCRA) website on

5    April 4, 2024, located at https://scra.dmdc.osd.mil/, which confirmed that defendant

6    Banerjee is not in the military service of the United States of America within the

7    purview of the Service Members Civil Relief Act, 50 U.S.C. § 3931.

8         a.  Christian Banerjee filed a Petition for Name Change in the Superior Court

9             of California, County of Orange, Case No. 30-2021-01226481-CU-PT-

10            CJC, in which he disclosed his date of birth. On April 4, 2024, Ms.

11            Antonova searched on the SCRA website for the names "Christian

12            Banerjee" and "Chris Bane," and that birth date, and received no results.

13            True and correct copies of the search results from the SCRA website,

14            along with his Petition for Name Change, with Christian Banerjee's birth

15            month and day redacted, are submitted with this declaration as **Exhibit 1**.

16       16.  *Notice to the defaulting Defendants is not required*: Because

17    Defendants have not appeared personally or by a representative in this action,

18    Plaintiff is not required to serve Defendants with written notice pursuant to Rule

19    55(b)(2) of the Federal Rules of Civil Procedure. Nonetheless, Plaintiff is today

20    emailing and mailing copies of Plaintiff's Motion and all supporting documents to

21    Defendants, and notifying Defendants of their obligation to file a response no later

22    than twenty-one days before the hearing date (or another date set by the Court).

23       17.  As alleged in the Complaint, Plaintiff owns several federal registrations

24    on the Principal Register of the U.S. Patent and Trademark Office for the mark

25    CHIPPENDALES and its CHIPPENDALES & Bow Tie Design mark for various

26    goods and services. Three of those registrations cover, among other goods and

27    services, (1) "[e]ntertainment services, namely, male dance exhibitions" in

28    International Class 41 (U.S. Reg. No. 1197438) and "[e]ntertainment services,

**DECLARATION OF EVAN S. NADEL ISO MOTION FOR DEFAULT JUDGMENT**
**CASE NO.: 2:23-CV-08630-PA-PD**                                      - 3 -

EXHIBIT 7 – PAGE 028





BA20221266000



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20221266000 |
| Date Filed: 12/16/2022 |

B1327-8997 12/16/2022 1:08 PM Received by California Secretary of State

**Entity Details**

| Corporation Name | strippendales |
| --- | --- |
| Entity No. | 5152963 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| Principal Address | 5305 COCHRAN STREET 103 SIMI VALLEY, CA 93063 |
| --- | --- |

**Mailing Address of Corporation**

| Mailing Address | 5305 COCHRAN ST 103 SIMI VALLEY, CA 93063 |
| --- | --- |
| Attention | Strippendales |

**Street Address of California Office of Corporation**

| Street Address of California Office | 5305 COCHRAN STREET 103 SIMI VALLEY, CA 93063 |
| --- | --- |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| Chris Bane | 5305 COCHRAN ST 103 SIMI VALLEY, CA 93063 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| Chris Bane | 5305 COCHRAN ST 103 SIMI VALLEY, CA 93063 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| Agent Name | chris bane |
| --- | --- |
| Agent Address | 5305 COCHRAN ST 103 SIMI VALLEY, CA 93063 |

**Type of Business**

| Type of Business | Party planner |
| --- | --- |

**Email Notifications**

| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |
| --- | --- |

**EXHIBIT 7 – PAGE 029**

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*C bane*                                          *12/16/2022*
Signature                                          Date

B1327-8998 12/16/2022 1:08 PM Received by California Secretary of State

EXHIBIT 7 – PAGE 030



BA20220500732



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20220500732
Date Filed: 7/11/2022

B0899-5023 07/11/2022 2:57 PM Received by California Secretary of State

| Entity Details | |
|---|---|
| Limited Liability Company Name | STRIPPENDALES LLC |
| Entity No. | 202033710591 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 1200 PACIFIC COAST HIGHWAY 217 HUNTINGTON BEACH, CA 92648 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 1200 PACIFIC COAST HIGHWAY 217 HUNTINGTON BEACH, CA 92648 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 1200 PACIFIC COAST HIGHWAY 217 HUNTINGTON BEACH, CA 92648 |

| Manager(s) or Member(s) | |
|---|---|
| **Manager or Member Name** | **Manager or Member Address** |
| chris bane | 1200 PACIFIC COAST HIGHWAY 217 HUNTINGTON BEACH, CA 92648 |

| Agent for Service of Process | |
|---|---|
| Agent Name | CHRIS BANE |
| Agent Address | 1200 PACIFIC COAST HIGHWAY 217 HUNTINGTON BEACH, CA 92648 |

| Type of Business | |
|---|---|
| Type of Business | ENTERTAINMENT, dance, merchandise |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

| Chief Executive Officer (CEO) | |
|---|---|
| **CEO Name** | **CEO Address** |
| chris bane | 1200 PACIFIC COAST HWY 217 HUNTINGTON BEACH, CA 92648 |

**Labor Judgment**
No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**EXHIBIT 7 – PAGE 031**

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Chris bane*

| | |
|---|---|
| Signature | Date |
| | *07/11/2022* |

B0899-5024 07/11/2022 2:57 PM Received by California Secretary of State

EXHIBIT 7 – PAGE 032

 


202251419982



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF ORGANIZATION**
**CA LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: 202251419982
Date Filed: 7/8/2022

B0892-5340 07/08/2022 11:17 AM Received by California Secretary of State

| Limited Liability Company Name | |
| --- | --- |
| Limited Liability Company Name | strippendales69 LLC |

| Initial Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 1200 PACIFIC COAST HWY<br>217<br>HUNTINGTON BEACH, CA 92648 |

| Initial Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 1200 PACIFIC COAST HWY<br>217<br>HUNTINGTON BCH, CA 92648 |
| Attention | |

| Agent for Service of Process | |
| --- | --- |
| Agent Name | chris bane |
| Agent Address | 1200 PACIFIC COAST HWY<br>217<br>HUNTINGTON BCH, CA 92648 |

| Purpose Statement |
| --- |
| The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act. |

| Management Structure | |
| --- | --- |
| The LLC will be managed by | One Manager |

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| *Chris bane* | *07/08/2022* |
| --- | --- |
| Organizer Signature | Date |

EXHIBIT 7 – PAGE 033

1      Pursuant to Federal Rule of Civil Procedure 4(h)(1)(A) and California

2  Corporations Code § 1702, Plaintiff Chippendales USA, LLC ("Chippendales")

3  requests leave to serve Defendants Strippendales Corporation, Strippendales LLC,

4  and Strippendales69 LLC (collectively, the "Strippendales Defendants") by service

5  on the Secretary of State. Pursuant to Federal Rule of Civil Procedure 4(e)(1) and

6  California Code of Civil Procedure § 415.50, Chippendales requests leave to serve

7  Defendant Christian W. Banerjee ("Banerjee") by publication. And pursuant to

8  Federal Rule of Civil Procedure 4(m), Chippendales requests a 60-day extension of

9  time to serve Defendants.

10 **I.**     **FACTUAL BACKGROUND**

11     **A.**    **Christian Banerjee and His Strippendales Business**

12     Defendant Christian Banerjee is a stripper who falsely claims to "own

13 Chippendales." Declaration of Evan S. Nadel ("Nadel Decl.") Ex. 7. Banerjee owns a

14 stripping business that he calls "Strippendales." *id.* Ex. 8. Banerjee also goes by the

15 names "Bane Strippendale," "Bane Chippendale," "Christian Bane," "Bane Diesel,"

16 and "Chris Bane." *Id.* Exs. 1, 7-11.

17     Banerjee has formed at least three companies in connection with his

18 Strippendales business. First, on November 30, 2020, Banerjee filed Articles of

19 Organization for Defendant Strippendales LLC, naming himself as "Agent for

20 Service of Process," with an address of Seabluff Drive Unit 102, Huntington Beach,

21 CA 92648.[1] Nadel Decl. Ex. 1. On July 11, 2022, Banerjee filed a Statement of

22 Information changing this address to 1200 Pacific Coast Hwy 217, Huntington

23 Beach, CA 92648. *Id.* Ex. 2.

24     On July 8, 2022, Banerjee filed Articles of Organization for Defendant

25 _____

26 [1] Because Banerjee included his various addresses cited in this Application in his
   unredacted filings with the Southern District of California, Los Angeles Superior

27 Court, and the California Secretary of State, those addresses are not subject to

28 redaction here. Fed. R. Civ. P. 5.2(b)(4) & 5.2(h); L.R. 5.2-1.
   MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE
   APPLICATION FOR ORDER ALLOWING ALTERNATE SERVICE
   CASE NO.: 2:23-CV-08630-PA (PDx)                                    - 1 -

EXHIBIT 7 – PAGE 034

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-8630 PA (PDx) | | Date | March 15, 2024 |
|---|---|---|---|---|
| Title | Chippendales USA LLC v. Christian W. Banerjee, et al. | | | |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:                 Attorneys Present for Defendants:

None                                                    None

**Proceedings:**          **IN CHAMBERS — COURT ORDER**

The Court has reviewed the Proofs of Service filed by plaintiff Chippendale USA, LLC ("Plaintiff") in response to the Court's March 13, 2024 Order to Show Cause. The Proofs of Service indicate that Plaintiff caused to be published the Summons in three different newspapers beginning on January 26, 2024, January 29, 2024, and February 2, 2024. Because service by publication is complete on the 28th day following the initial publication, and California law provides that a defendant has 30 days to respond to service of a Summons, it appears that the last day for defendants to timely respond to the Summons and Complaint based on the last of the initial publication dates is no later than April 1, 2024. See Cal. Code Civ. Proc. § 415.50(c); Cal. Gov't Code § 6064.[1] If Defendants have not appeared by that date, Plaintiff shall promptly seek entry of defendants' defaults.

The Court notes that in the related case CV 23-3672 PA (PDx), an attorney representing defendant Jesus Jesse Banerjee ("Banerjee") filed a Motion to Set Aside Default on February 5, 2024 (Docket No. 47 in Case No. CV 23-3672 PA (PDx)). Although the Court ordered that Motion stricken because of violation of the Local Rules, and Banerjee's counsel has not attempted to re-file the Motion, it appears that Craig Chisvin of CLC Law Group may have been in recent contact with Banerjee. The Court therefore orders Plaintiff to serve Mr. Chisvin by email with a copy of the Summons and Complaint in this action as an additional means of attempting to provide Banerjee with notice of this action. Plaintiff shall file a Proof of Service indicating service on Mr. Chisvin by no later than March 22, 2024. Because service on Mr. Chisvin is not necessary to establish that Plaintiff has served Banerjee by publication, service on Mr. Chisvin shall not extend the deadline for Banerjee to appear in this action.

IT IS SO ORDERED.

---

[1]    The deadline for defendants would be even earlier under Federal Rule of Civil Procedure 12(a)(1)(A), but the Court has given defendants the benefit of the doubt by using the 30-day time limit to appear provided by California Code of Civil Procedure section 412.30.

EXHIBIT 7 – PAGE 035

# EXHIBIT 8

EXHIBIT 8 – PAGE 036

7/5/24, 6:34 PM

Contact Us | Strippendales



📞 **OFFICE: 949.922.3548**      🕐 **24-HOUR: 323.524.6919**

≡

~~Email: booking@strippendales.com~~

**24/7 Entertainment Dispatch Agent**
**Ken:** 323.524.6919

**WhatsApp**
**English:** 949.922.3548
**Español:** 760.619.0405

**Legal/PR**
954.504.3591
strippendalesfl@gmail.com

## Locations

Arizona
California
Florida
Georgia
Illinois
Nevada
New York
North Carolina
Ohio
South Carolina
Tennessee
Texas

More states coming soon!

EXHIBIT 8 – PAGE 037

# EXHIBIT 9

EXHIBIT 9 - 038



Apr 17 ·

imagine turning 31 and rupturing both pectorals, you can lift either arm until u have surgery and you have obama care and you live in california. i applied for unemployment disability and i was denied four times because california is giving money to illegals instead. so i lived in my car or tents. i was in two slings. then i learned my dr, dick blanks an obama dare dr forgot or did not know how to reattach my left pectoral. i complained for 13 months until he agreed to order another mri, being homeless in california im attacked by illegal mexicans, pedro murrillo sanchez and ... See more

EXHIBIT 9 – PAGE 039



· Mar 17 · 🌐

at 30 i went bald, 31 i blew out both pectorals, and it was at that moment i started to feel like my mother when she went chemotherapy to help her fight stage 4 breast cancer! michael fuller called me, he sent me 200 bucks and told me to go see father Barry and get myself together, so i went to go see him. I asked the woman in the church if he was there to let him know that Irene banerjee's son his came to see him. Father Barry came out, screaming Christian, as he was looking for me. I told him that helen and brad stole and the chippendales money and left me home... See more

7 comments

EXHIBIT 9 – 040



**Bane Chippendale**
Feb 14 · 🌐

it's the two year anniversary of my horrific accident, where 315 lbs fell onto my face while attempting to bench press at la fitness after taking roughly a year off after being prescribed a tainted antibiotic which was blacklisted in 2016 by the fda, dr angel perez knowingly knew this medication had side effects and he knew i was a b... See more



EXHIBIT 9 – PAGE 041

**Bane Chippendale**
Oct 19, 2023 · 🌐

Posts     Photos     Reels

This is a summary of my credit cards that are all canceled and the total of my checking account I don't even have two dollars yet. Helen and Brad have put over $4 million in a trust in Helen's name which they took out of my mothers bank account. how does that sound right because I've been homeless for many years now, and I've asked him for money on many occasions, which they never respond to me. Brad Maryman



⚠️ This account is currently Restricted

**SPARK**
BUSINESS ...5149

⚠️ This account is currently Restricted

**BASS PRO SHOPS CLUB** ...463

**360 Checking** ...8269
$154
Available Balance



EXHIBIT 9 – PAGE 042



**Bane Chippendale**

Oct 10, 2023 · 🌐

So, after breaking my pectorals off the bone, I have been unable to work and move my arms in a fashion that I am supposed to be able to. Since then I've had to file for general relief, making my income only $355 a month. Since this accident I have been homeless. After finishing my credit counseling for filing for bankruptcy. My credit counselor told me to save money but I explained to her that there is no possibility of saving any of the $355 a month that I get and making meaningful payments towards a 1 million dollar balance that I owe. I explain to her that ... See more

 2

Like          Comment          Copy          Share

EXHIBIT 9 – PAGE 043

Posts   Photos   Reels

**Bane Chippendale**
Sep 3, 2023

Since I can't afford an apartment because Helen and brad my so called "family" have stolen all my money my mother left to me in her Luxembourg bank account! I have to live in an office! It's been an entire year of being homeless sleeping in cars or in tents on the street and motel 6 if I could afford the $100 a day of cost to sleep there!



EXHIBIT 9 – PAGE 044

Posts    Photos    Reels

**Bane Chippendale**
Aug 27, 2023

so i've had three pectoral reattachments in 16 months, and 12 of those months the surgeon dr blanks kept saying i was fine but obviously wasn't i had double pec reattachment surgery 2/24/22 and a third pectoral reattachment on 4/18/22. so how can i work if i can't use either of my arms and i'm in a sling and require months of physical therapy.

*Platinum Orthopaedics*



EXHIBIT 9 – PAGE 045

# EXHIBIT 10

EXHIBIT 10 – PAGE 046

Page 1 of 4

 Orange County Health Care Agency
550 N. Flower Street
Santa Ana, CA 92703

4/7/2023 7:14:35 PM PDT

## RELEASE SUMMARY - Created on 4/7/2023 7:14:35 PM PDT

| | | | |
|---|---|---|---|
| Patient:BANE, CHRIS | #:(1814039) 3274359 | Lang: | |
| DOB:8/4/1990 (Age=32) | Sex:M | Race:W |  |
| Housing:MJPR-PR-PR- | Court Date: | Type: | |
| Status:ACTIVE | | | |

**Reason for Visit:**

**Active Problem List**

| Name | Date Identified | Diagnosed On |
|---|---|---|
| ADA Special Needs | 4/6/2023 10:35 AM PDT | |
| Mild | 4/6/2023 3:55 PM PDT | |
| Low Bunk | 4/6/2023 10:57 AM PDT | |
| Thyroid Disease | 4/6/2023 10:31 AM PDT | |
| No Kitchen | 4/6/2023 10:31 AM PDT | |

**Active Allergies:**

| Name | Reactions |
|---|---|
| Levaquin | |

**Active Medications:**

| Drug | Prescriber | Directions/Complete Sig | SIG | Stamp | Start | Stop |
|---|---|---|---|---|---|---|
| Levothyroxine Sodium Oral | Nicolas Sengdara | Take 25 mcg by mouth once a day for 90 day(s). Dispense 90 tablet. 0 Refill(s) AUTOMED | once a day (Daily) | 4/6/2023 11:32 AM PDT | 4/6/2023 9:00 AM PDT | 7/4/2023 11:59 PM PDT |
| Cephalexin Oral | Nicolas Sengdara | Take 1000 mg by mouth two times a day for 7 day(s). Dispense 28 capsule. 0 Refill(s) *ATE AUTOMED | two times a day (BID) | 4/6/2023 11:02 AM PDT | 4/6/2023 9:00 AM PDT | 4/12/2023 11:59 PM PDT |
| Ibuprofen Oral | Nicolas Sengdara | Take 600 mg by mouth four times a day for 10 day(s). Dispense 40 tablet. 0 Refill(s) PRN pain AUTOMED | four times a day (QID) | 4/6/2023 11:02 AM PDT | 4/6/2023 5:00 AM PDT | 4/15/2023 11:59 PM PDT |

**Most Current Medications and Treatments Administered:**

| ID | Directions | Name | Type | Stamp | Status | Reason Note |
|---|---|---|---|---|---|---|
| 1449331952ef3ed2a250ed4a30b3ae | Take 600 mg by mouth four times a day for 10 day(s). | Ibuprofen Oral | Drug Order | 4/7/2023 1:15 PM PDT | Not Administered - Court | |
| 188800417970b1e9da105d42e78682 | Take 1000 mg by mouth two times a day for 7 day(s). | Cephalexin Oral | Drug Order | 4/7/2023 4:23 AM PDT | Administered | |
| 1887843542218e34a18c81421fb2a7 | Take 25 mcg by mouth once a day for 90 day(s). | Levothyroxine Sodium Oral | Drug Order | 4/7/2023 4:23 AM PDT | Administered | |

BANE, CHRIS (1814039) 3274359

EXHIBIT 10 – PAGE 047

Page 2 of 4

**Diagnostic Results and Scheduled Diagnostics:**

| SequenceID | Value Name | Lab Result | Unit of Measure | Range, Low Range, High | Flag | Observation Date/Time | Length |
|---|---|---|---|---|---|---|---|
| 3 | | Signed by Trief, Harold MD at Apr 6 2023 12:55PM | | | | 4/6/2023 12:55:27 PM | 18 |
| BinaxNow COVID-19 | BinaxNow COVID-19 | Negative | | | | 4/6/2023 10:32:05 AM | 3 |

**Pending Referrals:**

| Service Dates | Status | Appointment Date | Specialty | Reason | Date of Birth | Booking Number | Patient ID | Admission Date | Days In Hospital |
|---|---|---|---|---|---|---|---|---|---|
| | Approved | | Other | Right 4th and 5th digit laceration involving tendon Per Hoag ER: Referral for Hand surgeon witin 3 to 5 days | 8/4/1990 | 3274359 | 1814039 | | |
| | Approved | | Orthopedics | Right index middle phalanx open displaced fx eval | 8/4/1990 | 3274359 | 1814039 | | |

**Immunizations Given:**

**Care Plan:**

**Procedures:**

**Future Appointments**

| Appointment Date | Status | Type | Reason |
|---|---|---|---|
| 4/11/2023 | SCHEDULED | Mental Health Clinical Staff Sick Call | Follow up for coping and med assess. |
| 4/20/2023 | SCHEDULED | RN Calendar | Suture removal |

**Social History:**

| Name | Is ICD10 | Date Added | Start | Stop | Duration |
|---|---|---|---|---|---|
| Smoking Status: Never smoker (Recode 4) | False | 4/6/2023 5:31 PM PDT | 4/6/2023 5:31 PM PDT | | 0 |

**Functional Assessment:**

**Follow Up Care Needed:**

**Dietary Restrictions:**

Date of Last Physical: No Physical

Date and Result Last PPD: No PPD

BANE, CHRIS (1814039) 3274359

EXHIBIT 10 – PAGE 048



**Bane Chippendale**
Aug 27, 2023 ·

here are pictures of me in hoag hu
taking an 1850 ambulance ride i v
hbpd. helen and brad maryman ar
beanerjee is actually steve's son.
killl me, so i would miss my court
4/7/23, where i was to prove they
anything from my trust and sold c
lied to... See more

👍 Like        💬 Comment        🔗 c



🚫 **Violent or graphic content.** This
so people can choose whether
it.

EXHIBIT 10 – PAGE 049

HOAG HOSPITAL NEWPORT BEACH
1 HOAG DR
NEWPORT BEACH CA 92663-4162

Banerjee, Christian Walter
MRN: 2000024178, DOB: 8/4/1990, Sex: M
Adm: 4/5/2023, D/C: 4/6/2023

**04/05/2023 – ED in HOAG MEMORIAL HOSPITAL, NEWPORT EMERGENCY CENTER (continued)**

ED Provider Note (continued)



## RADIOLOGY
XR Finger Bilateral 2 + Vw   (Results Pending)

## MEDICAL DECISION MAKING
Review of External Records: External ED visit on 2/15/22 for strain of biceps and Medication list reviewed

**Labs/Imaging:**
All laboratory tests were independently reviewed and interpreted by myself.

Finger X-ray independently reviewed and interpreted by myself which shows displaced fracture of the distal middle phalanx of the right fifth digit

**Treatments Provided**
Medications
ondansetron (ZOFRAN ODT) disintegrating tablet 4 mg (has no administration in time range)
tetanus-diphtheria-acellular pertussis (BOOSTRIX, Tdap) vaccine injection (syringe) 0.5 mL (0.5 mL-Ls Intramuscular Given 4/5/23 2329)
oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet 2 tablet (2 tablets Oral Given 4/6/23 0632)
cefAZolin (ANCEF, KEFZOL) injection 1 g (1 g Intramuscular Given 4/5/23 2328)

Orders Placed This Encounter
Procedures
• XR Finger Bilateral 2 + Vw

## LACERATION REPAIR PROCEDURE NOTE
4/6/2023  2:37 AM PDT

**Indication:** Wound Repair

Printed on 5/30/23 12:50 PM

Page 8

HOAG HOSPITAL NEWPORT BEACH
1 HOAG DR
NEWPORT BEACH CA 92663-4162

Banerjee, Christian Walter
MRN: 2000024178, DOB: 8/4/1990, Sex: M
Adm: 4/5/2023, D/C: 4/6/2023

**04/05/2023 – ED in HOAG MEMORIAL HOSPITAL, NEWPORT EMERGENCY CENTER (continued)**

ED Provider Note (continued)

EXHIBIT 10 – PAGE 050



EXHIBIT 10 – PAGE 051

1   *O'Sullivan*, 165 F.R.D. 610, 613 (C.D. Cal. 1995) ("[A]pparently three attempts were

2   made to personally serve defendant O'Sullivan at two different business addresses

3   before intervening plaintiffs attempted substituted service, and it, thus, appears that

4   reasonable diligence was made to personally serve defendant O'Sullivan.").

5        The Strippendales Defendants cannot be served with reasonable diligence

6   under § 415.20(a) because Chippendales has been unable—despite diligent efforts—

7   to ascertain Banerjee's "office" or "usual mailing address," and visits to various

8   addresses Banerjee provided to the State of California disclosed no individual "who is

9   apparently in charge thereof." *See* Cal. Code Civ. Proc. § 415.20(a).

10       The Strippendales Defendants also cannot be served with reasonable diligence

11   under § 415.30(a) because Banerjee does not reside at, and is not associated with, any

12   of the addresses he provided to the State of California and the courts. Indeed, during

13   Chippendales's third personal service attempt at the 1200 Pacific Coast Highway

14   address that Banerjee supplied to the California Secretary of State as the "mailing

15   address" for each Strippendales Defendant, the current occupant confirmed that

16   Banerjee has not lived there for "over 3 y[ea]rs." Nadel Decl. Ex. 19 at 275, 284.

17   Although Chippendales has not attempted mail service, it would be futile to mail

18   papers to an address at which Plaintiff has learned Banerjee does not reside. Courts

19   routinely find that a plaintiff carries its burden with regard to § 415.30(a) by showing

20   that the registered agent does not reside at the potential address(es) found. *See, e.g.,*

21   *Bedwell v. Lake Front Elsinore Plaza LLC*, No. 5:20-CV-01660-MCS (KKx), 2020

22   WL 12188990, at *2 (C.D. Cal. Dec. 10, 2020) ("Counsel's declaration supports that

23   the addresses listed on the California Secretary of State's website are closed and that

24   Plaintiff cannot serve the registered agent by hand or by mail."); *Prosperity Funding,*

25   *Inc. v. State Fish Co.*, No. CV 13-03350-MMM (SHx), 2013 WL 12205040, at *2

26   (C.D. Cal. Nov. 12, 2013) (finding plaintiffs carried their burden by showing that the

27   agent "does not reside" at the designated address and that an alternate address was

28   MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE
APPLICATION FOR ORDER ALLOWING ALTERNATE SERVICE
CASE NO.:  2:23-CV-08630-PA (PDx)                                              - 6 -

EXHIBIT 10 – PAGE 052

Keep this portion for your records



**California Department of Transportation**
**(916) 227-4227**
Toll Free: (800) 404-7787
E-mail address:  ARinvoice@dot.ca.gov

*Per CA Vehicle Code, Section 17300: Any person who damages a street or highway, or its appurtenances, is liable for the cost of repair or replacement.*

Your account is more than 60 days past due.  If your account remains unpaid, it may be subject to collection activities from a private collection agency.

CHRIS BANE
1200 PAC CST HWY 217 HUNTINGTO
HUNTINGTON BEACH CA 92648

### If you have auto insurance, submit this invoice to your insurance company.

|  |  |  |
|---|---|---|
| | LABOR COSTS | $5,867.70 |
| Invoice Number:  00282942 | EQUIPMENT COSTS | $2,556.60 |
| | MATERIAL COSTS | $1,540.22 |
| Original Invoice Date: 12-08-23 | | |

| Invoice Description | **Due Upon Receipt** | $9,964.52 |

DISTRICT 11
Make: 2014 JAGU F TYPE
Model: BLK
Reg: BANEO1
Location: 11-SD-005 // I-5 NORTHBOUND JUST SOUTH OF VIA DE LA VALLE, NORTH OF DEL MAR HEIGHTS RD
Damages: REPAIR/REPLACE END TREATMNT GR
Incident Date: 11/25/2023

---

**Return this portion with your payment**

State of California
**Department of Transportation**

ATTN: Cashiering Office
PO Box 168019
Sacramento CA 95816-8019

**Make check payable to Department of Transportation**
To make payment by Visa, Mastercard, American Express or Discover,
include your card number, expiration date, and signature:

☐☐☐☐ - ☐☐☐☐ - ☐☐☐☐ - ☐☐☐☐ ☐ / ☐☐
**Credit card payment limited to $5,000.00 of the original invoice amount**

_____     (    )
Signature                        Daytime Phone

CHRIS BANE
1200 PAC CST HWY 217 HUNTINGTO

If unable to pay in full and have no insurance:
Sign, include social security # and payments
will be arranged over a 1 year period (minimum
$100.00) based upon your invoice amount.

Signature _____

SSN _____

Amount:      $9,964.52
Invoice Number: 00282942

**EXHIBIT 10 – PAGE 053**



Sent from my iPhone

EXHIBIT 10 – PAGE 054

### D.    Chippendales's Attempts to Locate and Serve Defendants

In October and November 2023, Chippendales engaged a process server and a private investigator to attempt service on Defendants and to locate other potential addresses. Neither was able to locate Banerjee or an address at which he might reside or work. Nadel Decl. ¶¶ 19-21.

Four service attempts were made at the San Diego address that Banerjee provided to the U.S. Bankruptcy Court in October 2023, but the address is a banquet hall. Nadel Decl. Ex. 19 at 276, 279, 282, 285; *id.* Ex. 20 at 290. Three service attempts were made at the Los Angeles address Banerjee provided to the Los Angeles Superior Court in June 2023, and on the second attempt, the current resident explained that Banerjee does not live there. *Id.* Ex. 19 at 278, *id.* Ex. 20 at 289-90.

Three attempts were made at the 1200 Pacific Coast Highway address Banerjee provided to the Secretary of State in connection with the Strippendales Defendants, and on the third attempt, the current resident stated that Banerjee has not lived there in over three years. *Id.* Ex. 19 at 284, 275. An attempt was made at the original address for Strippendales Corporation that Defendant provided to the Secretary of State, but the current resident stated that Banerjee has not lived there for at least six years. *Id.* at 281.

Chippendales also sent an investigator to the November 21, 2023 hearing in the Superior Court Action—a hearing date that is still advertised on Banerjee's Instagram page—to effect personal service. Nadel Ex. 20 at 289. Banerjee did not show up. Chippendales's investigator used skip tracing and then searched vehicle sighting databases, but none disclosed an additional address. *Id.* at 290.

## II.    ARGUMENT

### A.    Chippendales Should Be Permitted to Serve the Strippendales Defendants Through the Secretary of State

Pursuant to Federal Rule of Civil Procedure Rule 4(h)(1), a corporation may be

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE
APPLICATION FOR ORDER ALLOWING ALTERNATE SERVICE
CASE NO.:  2:23-CV-08630-PA (PDx)                                          - 4 -

EXHIBIT 10 – PAGE 055

1      I, DAVID VACCA, declare and state as follows:

2      1.   I am a California Licensed Private Investigator and owner of the private

3 investigative firm of Knowles & Vacca, Inc., a California corporation (License

4 # 19011). I have skip traced and located thousands of individuals over the past 30

5 years.

6      2.   I am 18 years or older and not a party to this action or a member of a

7 corporation or organization that is a party to this action.

8      3.   After due search, careful inquiry, and diligent attempts as described

9 below, I have not been able to effect service of process on Defendant Christian W.

10 Banerjee in his individual capacity or as an officer or agent of Strippendales

11 Corporation, Strippendales LLC, or Strippendales69 LLC.

12      4.   I have personal, first-hand knowledge of the facts set forth herein, and if

13 called upon, I could and would testify competently to them.

14      5.   On November 21, 2023, I visited the Los Angeles County Superior

15 Court at 111 N. Hill Street, Los Angeles, California 90012, Department 68 to

16 personally serve Christian W. Banerjee and his associated companies with Summons

17 and Complaint packages. I was present at Department 68 for ninety minutes before

18 the 8:30 AM Case Management Conference in the matter of *Banerjee v. Denberg*,

19 Case No. 23STCV14718. Because Mr. Banerjee is the plaintiff in that matter, I

20 reasonably believed I would be able to locate him at this time. Mr. Banerjee did not

21 appear in person, nor telephonically.

22      6.   On November 21, 2023, at approximately 10:00 AM, I visited 1924 8th

23 Avenue, Apartment 9, Los Angeles, California 90018, because Mr. Banerjee

24 indicated this to be his address in the complaint he filed in the *Banerjee v. Denberg*

25 case referenced above. This unit is labeled as the manager's unit. Nobody answered

26 the door, and I could not see into the apartment unit because the blinds were closed. I

27 searched credit header databases and found the probable occupant of the unit to be

28 Verna Lee Nixon, who is 75 years old and has lived there for approximately 20 years.

AFFIDAVIT OF NON SERVICE
CASE NO.: 2:23-CV-08630-PA (PDx)      - 1 -

EXHIBIT 20 - PAGE 289

EXHIBIT 10 – PAGE 056

*[Handwritten margin notes: "Wattech Jesse 7", "Noemail stated Never contacted dfs Ig"]*

1    Cal. Code Civ. Proc. § 415.50(a)

2        As discussed above, Banerjee "cannot with reasonable diligence be served in

3    another manner," i.e., personal delivery, substitute service, or service by mail. And a

4    "cause of action exists" against Banerjee, who is the sole individual behind

5    Defendants' infringement of Chippendales's intellectual property. *See* ECF 1 ¶¶ 9-15,

6    70. Accordingly, Chippendales respectfully requests leave to serve Banerjee by

7    publication.

8        Because Banerjee consistently claims to reside in the Los Angeles area,

9    Chippendales requests leave to serve Banerjee by publication once weekly for four

10   consecutive weeks in *The Los Angeles Times*, *LA Weekly*, or *LA Daily News*. *Roland*

11   *Corp. v. Wirges Percussion Sys. LLC*, No. CV 08-4785-GAF (MANx), 2008 WL

12   11340331, at *2 (C.D. Cal. Dec. 10, 2008) ("Four publications in a newspaper

13   regularly published once a week or oftener, with at least five days intervening

14   between the respective publication dates not counting such publication dates, are

15   sufficient." (citation omitted)). Chippendales will supplement this publication by

16   sending Banerjee copies of the summons and complaint (for a second time) to the

17   email address from which Banerjee has previously communicated with

18   Chippendales's counsel of record, and by notifying Banerjee through his Instagram

19   account.

20       C.    **Chippendales's Time to Serve Defendants Should Be Extended**

21       Courts "must extend the time for service for an appropriate period" if the

22   plaintiff "shows good cause for the failure" to serve the defendants within 90 days.

23   Fed. R. Civ. P. 4(m). Chippendales submits this motion before the expiration of the

24   90-day deadline, and Chippendales's extensive efforts to locate and serve Defendants

25   establish good cause for an extension. *See Kim v. USCIS*, No. 2:21-cv-06215-MCS

26   (AFMx), 2021 WL 8893412, at *2 (C.D. Cal. Dec. 17, 2021) ("Plaintiff has

27   attempted to serve Defendant at four different addresses. . . . Thus, even though

28   MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE
     APPLICATION FOR ORDER ALLOWING ALTERNATE SERVICE
     CASE NO.:  2:23-CV-08630-PA (PDx)                                              - 9 -

EXHIBIT 10 – PAGE 057

From: Ramada By Wyndham ramada@emails.wyndhamhotels.com

Subject: You're All Set: Reservation Confirmation #80744EE111960

Date: March 14, 2024 at 6:19:46 PM

To: Bane Strippendale strippendales@icloud.com



Christian Banerjee
Join Wyndham Rewards Now!

**Your Reservation Is Confirmed, Christian!**

## Ramada by Wyndham Santa Barbara

4770 Calle Real, Santa Barbara, CA US (805) 964-3511

Confirmation Number: **80744EE111960**

MAR 14 THU 2024      MAR 15 FRI 2024

Hotel Details     Cancel     Modify     Directions

### Reservation Details
1 Room(s) / 1 Night(s)
1 King Bed, Non-Smoking

**Number of Guests**
2 Adult(s) / 0 Child(ren)

| Check-In | Checkout |
|---|---|
| 4:00 p.m. | 11:00 a.m. |

**Room Description**
Free WiFi, free continental breakfast, balcony/patio, mini-refrigerator, microwave, air conditioning, coffee/tea maker, hair dryer, HDTV, bathroom amenities, alarm clock, desk, iron, ironing board, in-room safe

**Rate Details**

| | |
|---|---|
| Mobile Only Rate, 10% Off, Flexible | $149.40 USD |
| Taxes & Fees | $21.21 USD |
| **Total for Stay** | **$170.61 USD** |

**Deposit Policy**
Reservations have to be guaranteed with a valid credit card number and expiry date.

EXHIBIT 10 – PAGE 058

From: Marriott Hotels & Resorts Reservations reservations@res-marriott.com
Subject: Reservation Confirmation #82571964 for Ventura Beach Marriott
Date: March 15, 2024 at 1:46:57 PM
To: Bane Strippendale ~~████████████~~

ENHANCE YOUR STAY  |  SUMMARY OF CHARGES  |  CONTACT US

## Ventura Beach Marriott

2055 Harbor Blvd Ventura, California 93001 USA    +1-805-643-6000

Thank you for booking with us, Chris Bane.

# Wonderful awaits.

Fri, Mar 15, 2024 – Sat, Mar 16, 2024
Confirmation Number: 82571964

Check In Now

| | | |
|---|---|---|
| Check-In: | Friday, March 15, 2024 | 03:00 PM |
| Check-Out: | Saturday, March 16, 2024 | 12:00 PM |

**EXHIBIT 10 – PAGE 059**

| | |
|---|---|
| Number of rooms | 1 Room |
| Guests per room | 1 Adult |
| Guarantee Method | Credit Card Guarantee, Visa |
| Total for Stay (all rooms) | 90.21 USD |

Room 1

| | |
|---|---|
| Room Type | 1 King Bed, Guest Room |

Guaranteed Requests:

None

**ALL REQUESTS**

Modify or Cancel Reservation

## Important Information About Your Stay

In order to prepare for your upcoming stay, we invite you to **learn more** about what to expect when you arrive and the experiences that await you.

EXHIBIT 10 – PAGE 060

California Southern Bankruptcy Court ( LIVE )                    https://casb-ecf.sso.dcn/cgi-bin/NoticeOfFiling.pl?459244

United States Bankruptcy Court
Southern District of California

**Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United
States Bankruptcy Code, entered on 10/13/2023 at 2:03 PM and filed on 10/13/2023.

**Chris Bane**
1320 Fifth Ave.
San Diego, CA 92101
949-922-3548
SSN / ITIN: xxx-xx-4964
*aka* **Christian Walter Banerjee**
*dba* **Strippendales.com**

The bankruptcy trustee is:

**Ronald E. Stadtmueller**
10755 Scripps Poway Pkwy., #370
San Diego, CA 92131
858-564-9310

The case was assigned case number 23-03142-CL7 to Judge Christopher B. Latham.

Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Stadtmueller, Ronald E. with
**341(a) meeting to be held on 11/9/2023 at 10:00 AM. via Zoom - Stadtmueller Meeting ID 737 126 5977, and Passcode 1742013631,
Phone (619) 367-5047.** Financial Management Course Due Date: 1/8/2024. Objections for Discharge due by 1/8/2024.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the
debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the
court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page
http://www.casb.uscourts.gov or at the Clerk's Office, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101-6991.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Michael Williams**
**Clerk, U.S. Bankruptcy Court**

**EXHIBIT 10 – PAGE 061**