# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| CHIPPENDALES USA, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>CHRISTIAN W. BANERJEE, et al.<br><br>Defendant(s). | 2:23–cv–08630–PA–PD<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __7/7/2024__

Document No.:   __46__

Title of Document:   __MOTION TO SET ASIDE PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Hearing information is missing, incorrect, or untimely.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __July 11, 2024__      By:  __/s/ Alison Bandek  alison_bandek@cacd.uscourts.gov__
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**