**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHIPPENDALES USA, LLC<br><br>PLAINTIFF(S)<br>v.<br>CHRISTIAN W. BANERJEE, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23−cv−08630−PA−PD<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 7/7/2024 | 46 | MOTION TO SET ASIDE DEFAULT |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☒ Other:

Document is accepted as filed.

Dated: 7/11/2024     By: [signature]
U.S. District Judge / U.S. Magistrate Judge