# EXHIBIT 1

**EXHIBIT 1 - PAGE 024**

![PageVault]

| | |
|---|---|
| Document title: | Bane Chippendale | How about no… by the way you will get my actual lawsuit where I Christian Banerjee am suing you Kevin denberg for fraud, conversion… | Instagram |
| Capture URL: | https://www.instagram.com/p/CuH1FY4xEOm/?utm_source=ig_web_copy_link&img_index=6 |
| Page loaded at (UTC): | Wed, 17 Jul 2024 05:34:06 GMT |
| Capture timestamp (UTC): | Wed, 17 Jul 2024 05:34:48 GMT |
| Capture tool: | 10.48.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 3 |
| Capture ID: | 5hLYkTzeSwxz23GEaMXcXw |
| User: | MNeely |

PDF REFERENCE #:      sjwB9rGAw91cmBHTpJKvfJ

EXHIBIT 1 - PAGE 025




Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

Strippendales
June 5, 2023
Page 6

that is likely to confuse audiences to believe that you, Strippendales, or its shows are affiliated with, approved by, or sponsored by Chippendales; and

(5) Within seven (7) business days from the date you sign this letter, provide a complete and accurate accounting that includes all records of Strippendales' and/or your revenues from performances or any other commercial activities from the period while you and Strippendales were using the Infringing Marks, or any other mark or designation that is likely to be confused with Chippendales' marks or that is likely to confuse audiences to believe that you, Strippendales, or its shows are affiliated with, approved by, or sponsored by Chippendales.

Chippendales prefers to resolve this matter without court action, however, unless we receive written confirmation—shown by signing below where indicated—no later than **June 8, 2023** confirming that you agreed to and have complied with the demands set out above, Chippendales will have no choice but to consider all necessary steps to protect its intellectual property. Chippendales vigorously enforces its rights against such blatant infringement in federal courts. All of Chippendales' rights are expressly reserved.

If you would like to discuss this matter further, please contact me at the email address or phone number listed above.

Sincerely,

Marc Lieberstein

ACKNOWLEDGED AND AGREED:

STRIPPENDALES

By: Chris Bane, its CEO (aka Christian Banerjee)

CHRIS BANE (aka Christian Banerjee)

cc: Joe Giovanni, Managing Director, Chippendales USA, LLC

**bane_chippendale** • Follow
Los Angeles, California

**bane_chippendale** 54w
How about no… by the way you will get my actual lawsuit where I Christian Banerjee am suing you Kevin denberg for fraud, conversion, trademark counterfeiting to name a few and you'll end up in prison just like your predecessor Louis pearlman for the same thing he did. #chippendales

**emoney199** 54w
Hope you destroy them in court bro ! ❤
Reply

**happy674895** 54w
SEND IT ON ✔️ @california_community__

**537 likes**
June 30, 2023

Add a comment…

**More posts from bane_chippendale**

BROWN WHITE & OSBORN LLP
JACK B. OSBORN (Bar No. 230447)
333 S. Hope Street, 40th Floor
Los Angeles, CA 90071
Telephone: 909.798.6179
Facsimile: 909.798.6189

Attorneys for Trustee
Helen Maryman

RELEASE OF CLAIMS

The undersigned, Christian Banerjee, as beneficiary of the Irene K. Banerjee Revocable Trust aka The Banerjee Family Trust aka the Banerjee Trust dated May 8, 1995 hereby acknowledges that upon execution of this release, the balance held in the amount of $200,000 minus any costs of litigation will be released. The undersigned hereby releases, and fully discharges the Trust Estate and Trustee from any and all further claims against the Trust Estate to receive the remaining monies due under the terms of the Trust.

DATED: October 20, 2023 Signed,

By ______________
Christian Banerjee

… A misdemeanor conviction could carry a sentence of up to a year in a local jail, while a felony conviction carries a maximum sentence of 20 to 30 years in …

https://www.scrofanolaw.com › fed...
What You Need to Know About Federal Fraud Charges

… or obtain money or property by false or fraudulent pretenses shall be fined no more than $1,000,000 or imprisoned for a maximum term of 30 years, or both

https://burtslaw.com › practice-areas
Federal Fraud Crimes - Burts Law PLLC

**MARYMAN, BRADLEY NOWLIN**
**LICENSE NUMBER:** 26012
**LICENSE TYPE:** PRIVATE INVESTIGATOR
**LICENSE STATUS:** EXPIRED
**EXPIRATION DATE:** JUNE 30, 2024
**SECONDARY STATUS:** N/A
**CITY:** N/A
**STATE:** N/A
**COUNTY:** N/A
**ZIP:** N/A

MORE DETAIL

**LICENSING DETAILS FOR: 26012**

**NAME:** MARYMAN AND ASSOCIATES
**LICENSE TYPE:** PRIVATE INVESTIGATOR
**PRIMARY STATUS:** EXPIRED

**ADDRESS OF RECORD**
5105 E LOS ANGELES AVE #203
SIMI VALLEY CA 93063
VENTURA COUNTY
MAP

**ISSUANCE DATE**
JUNE 23, 2008
**EXPIRATION DATE**
JUNE 30, 2024
**CURRENT DATE / TIME**

More

Meta About Blog Jobs Help API Privacy Consumer Health Privacy Terms Locations Instagram Lite Threads Contact Uploading & Non-Users

**EXHIBIT 1 - PAGE 026**



Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

that is likely to confuse ... affiliated with ... sponsored by Chippendales; and

(5) Within seven (7) business days from the date you sign this letter, provide a complete and accurate accounting that includes all records of Strippendales' and/or your revenues from performances or any other commercial activities from the period while you and Strippendales were using the Infringing Marks, or any other mark or designation that is likely to be confused with Chippendales' marks or that is likely to confuse audiences to believe that you, Strippendales, or its shows are affiliated with, approved by, or sponsored by Chippendales.

Chippendales prefers to resolve this matter without court action, however, unless we receive written confirmation—shown by signing below where indicated—no later than June 8, 2023 confirming that you agreed to and have complied with the demands set out above, Chippendales will have no choice but to consider all necessary steps to protect its intellectual property. Chippendales vigorously enforces its rights against such blatant infringement in federal courts. All of Chippendales' rights are expressly reserved.

If you would like to discuss this matter further, please contact me at the email address or phone number listed above.

Sincerely,

Marc Lieberstein

ACKNOWLEDGED AND AGREED:

STRIPPENDALES

By: Chris Bane, its CEO (aka Christian Banerjee)

CHRIS BANE (aka Christian Banerjee)

cc: Joe Giovanni, Managing Director, Chippendales USA, LLC

**bane_chippendale** 54w
How about no… by the way you will get my actual lawsuit where I Christian Banerjee am suing you Kevin denberg for fraud, conversion, trademark counterfeiting to name a few and you'll end up in prison just like your predecessor Louis pearlman for the same thing he did. #chippendales

**emoney199** 54w
Hope you destroy them in court bro ! ❤
Reply

**happy674895** 54w
SEND IT ON ✔️ @california_community__

537 likes
June 30, 2023

Add a comment…

More posts from **bane_chippendale**

BROWN WHITE & OSBORN LLP
JACK B. OSBORN (Bar No. 230447)
333 S. Hope Street, 40th Floor
Los Angeles, CA 90071
Telephone: 909.798.6179
Facsimile: 909.798.6189

Attorneys for Trustee
Helen Maryman

RELEASE OF CLAIMS

The undersigned, Christian Banerjee, as beneficiary of the Irene K. Banerjee Revocable Trust aka The Banerjee Family Trust aka the Banerjee Trust dated May 8, 1995 hereby acknowledges that upon execution of this release, the balance held in the amount of $200,000 minus any costs of litigation will be released. The undersigned hereby releases, and fully discharges the Trust Estate and Trustee from any and all further claims against the Trust Estate to receive the remaining monies due under the terms of the Trust.

DATED: October 20, 2023 Signed,

By Christian Banerjee

… A misdemeanor conviction could carry a sentence of up to a year in a local jail, while a felony conviction carries a maximum sentence of 20 to 30 years in …

https://www.scrofanolaw.com › fed...
What You Need to Know About Federal Fraud Charges

… or obtain money or property by false or fraudulent pretenses shall be fined no more than $1,000,000 or imprisoned for a maximum term of 30 years, or both

https://burtslaw.com › practice-areas
Federal Fraud Crimes - Burts Law PLLC

MARYMAN, BRADLEY NOWLIN
**LICENSE NUMBER:** 26012
**LICENSE TYPE:** PRIVATE INVESTIGATOR
**LICENSE STATUS:** EXPIRED
**EXPIRATION DATE:** JUNE 30, 2024
**SECONDARY STATUS:** N/A
**CITY:** N/A
**STATE:** N/A
**COUNTY:** N/A
**ZIP:** N/A

MORE DETAIL

**LICENSING DETAILS FOR: 26012**

**NAME:** MARYMAN AND ASSOCIATES
**LICENSE TYPE:** PRIVATE INVESTIGATOR
**PRIMARY STATUS:** EXPIRED

**ADDRESS OF RECORD**
5105 E LOS ANGELES AVE #203
SIMI VALLEY CA 93063
VENTURA COUNTY
MAP

**ISSUANCE DATE**
JUNE 23, 2008
**EXPIRATION DATE**
JUNE 30, 2024
**CURRENT DATE / TIME**

© 2024 Instagram from Meta

More

EXHIBIT 1 - PAGE 027