| | |
|---|---|
| **AKERMAN LLP**<br>Caroline H. Mankey (State Bar No. 187302)<br>caroline.mankey@akerman.com<br>Chris McAndrew (State Bar No. 324759)<br>chris.mcandrew@akerman.com<br>633 West Fifth Street, Suite 6400<br>Los Angeles, CA 90071<br>Telephone: (213) 688-9500<br>Facsimile: (213) 627-6342<br><br>Marc Lieberstein (Admitted pro hac vice)<br>marc.lieberstein@akerman.com<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>Telephone: (212) 880-3800<br>Facsimile: (212) 880-8965<br><br>Attorneys for Plaintiff<br>Chippendales USA, LLC | KIRSTEN A. HART (SBN 258433)<br>kirsten.hart@afslaw.com<br>OSCAR A. FIGUEROA (SBN 313238)<br>oscar.figueroa@afslaw.com<br>**ARENTFOX SCHIFF LLP**<br>555 S. Flower St., 43rd Floor<br>Los Angeles, CA 90071<br>Telephone: 213.629.7400<br>Facsimile: 213.629.7401<br><br>ROSS Q. PANKO (*Pro Hac Vice*)<br>ross.panko@afslaw.com<br>**ARENTFOX SCHIFF LLP**<br>1717 K Street NW<br>Washington, D.C. 20006<br>Telephone: 202.857.6000<br>Facsimile: 202.857.6395<br><br>Attorneys for Defendants<br>CHRIS BANE (*erroneously sued as* "CHRISTIAN W. BANERJEE"), STRIPPENDALES CORPORATION, STRIPPENDALES LLC, AND STRIPPENDALES69 LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPPENDALES USA, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTIAN W. BANERJEE, STRIPPENDALES CORPORATION, STRIPPENDALES LLC, and STRIPPENDALES69 LLC,,<br><br>  Defendants. | CASE NO. 2:23-cv-08630-PA (PDx)<br>Hon. Percy Anderson<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Trial Date: July 8, 2025<br>FPTC: June 6, 2025<br>Courtroom: 9A |

Pursuant to the Court's Civil Trial Scheduling Order dated October 8, 2024 (Dkt. 72), Plaintiff Chippendales USA, LLC ("Plaintiff"), and Defendants Chris Bane (sued

1

as Christian W. Banerjee), Strippendales Corporation, Strippendales LLC, and Strippendales69, LLC (collectively, "Defendants") hereby submit jointly the following Joint Status Report Regarding Settlement.

On March 21, 2025, the parties participated in mediation before Attorney Settlement Officer Jeffrey Kravitz, per the Court's October 7, 2024, Order referring the case to the Court Mediation Panel (Dkt. 70).  Plaintiff was represented by its counsel of record, Caroline H. Mankey and Marc Lieberstein of Akerman LLP.  The party representative in attendance on behalf of Plaintiff was its CEO, Joseph Giovanni. Defendants were represented by their counsel of record, Kirsten A. Hart of ArentFox Schiff LLP and Zachary P. Hyman of Millennial Law, Inc.  The party representatives in attendance on behalf of Defendants were Defendant Chris Bane and Strippendales, LLC's corporate officer Amy Le Chet.

The parties were not able to reach a resolution at the mediation, but continued communicating about potential settlement terms through their counsel, Caroline H. Mankey and Kirsten A. Hart, and through the mediator, Jeffrey Kravitz, after the mediation session.

On May 2, 2025, Plaintiff's counsel sent a written proposal to Defendants' counsel via email.  On May 14, 2025, the Court granted Plaintiff's motion for partial summary judgment. On May 15, 2025, Plaintiff's counsel sent a revised settlement offer to Defendants' counsel that expired on May 19, 2025. Defendants did not accept the offer by May 19, 2025, but counsel for the parties continued discussing potential settlement on May 21-22, 2025.

DATED: May 23, 2025                     AKERMAN LLP

By: */s/ Caroline H. Mankey*
    Caroline H. Mankey
    Chris McAndrew
    Marc A. Lieberstein (Admitted *pro hac vice*)
    Attorneys for Plaintiff
    Chippendales USA, LLC

| | |
|---|---|
| DATED: May 23, 2025 | ARENTFOX SCHIFF LLP |
| | By: /*s/ Kirsten A. Hart* |
| | Kirsten A. Hart |
| | Oscar A. Figueroa |
| | Ross Q. Panko (Admitted pro hac vice) |
| | Attorneys for Defendants |

**AKERMAN LLP**
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Tel.: (213) 688-9500 – Fax: (213) 627-6342

3
JOINT STATUS REPORT REGARDING SETTLEMENT
81547141;1