JS-6

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHIPPENDALES USA, LLC,

Plaintiff,

v.

CHRISTIAN W. BANERJEE, STRIPPENDALES CORPORATION, STRIPPENDALES LLC, and STRIPPENDALES69 LLC,,

Defendants.

CASE NO. 2:23-cv-08630-PA (PDx)
Hon. Percy Anderson

**PERMANENT INJUNCTION AGAINST DEFENDANTS CHRIS BANE (SUED AS CHRISTIAN W. BANERJEE), STRIPPENDALES CORPORATION, STRIPPENDALES LLC, AND STRIPPENDALES69 LLC, AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Trial Date: July 8, 2025
Further FPTC: July 2, 2025
Courtroom: 9A

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

The Court, pursuant to the Stipulation for Entry of Permanent Injunction and Dismissal among Plaintiff Chippendales USA, LLC ("Chippendales") and Defendants Christian W. Banerjee, Strippendales Corporation, Strippendales LLC, and Strippendales69 LLC (collectively, "Defendants"), hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendants as follows:

1. This case involves Chippendales' claims of (1) Infringement of Registered Trademarks under 15 United States Code ("U.S.C.") §1114; (2) Federal Trademark Counterfeiting under 15 U.S.C. §1114; (3) False Designation of Origin under 15 U.S.C. §1125(a); and (4) Unfair Competition in violation of California Business and Professions Code § 17200.

2. Chippendales contends that Defendants infringed on the following trademark registrations and/or their unregistered variants, which the Court found to be owned exclusively by Chippendales in its Order on Chippendales' Motion for Partial Summary Judgment on April 30, 2025:

CHIPPENDALES (Reg. No. 1330855), CHIPPENDALES (Reg. No. 1197438), CHIPPENDALES (Reg. No. 3690717), CHIPPENDALES (Reg. No. 3127649), CHIPPENDALES (Reg. No. 3981590), THE ULTIMATE GIRLS NIGHT OUT! (Reg. No. 2810609), ⋈ (Serial No. 98086085), ⋈ CHIPPENDALES (Reg. No. 5203733),



(Reg. No. 2694613) (collectively, the "Chippendales Trademarks").

3. Defendants acknowledge and shall never contest Chippendales' exclusive rights in and to the Chippendales Trademarks.

4. **ABANDONMENT OF TRADEMARK APPLICATIONS.** Within five (5) days of entry of this Permanent Injunction, Defendants shall file in the United States Patent and Trademark Office ("USPTO"), at their own expense, Requests for Express Abandonment (Withdrawal) of Application for the applications for trademark

registration assigned Serial Nos. 98593135 (GIRLS ULTIMATE NIGHT IN!), 98593303 (BANE CHIPPENDALE), 98592829 (STRIPPENDALES), 98593241 (SON OF CHIPPENDALES), 98597178 (CUFFS AND COLLARS), and 98593079 (STRIPPENDALES + bow tie design).

5. **PERMANENT INJUNCTION.** Defendants are hereby restrained and enjoined from engaging in any of the following activities in the United States and throughout the world:

(a) Defendants shall also terminate all of their uses of all of the following trademarks within 10 days of entry of this Permanent Injunction: GIRLS ULTIMATE NIGHT IN!, BANE CHIPPENDALE, STRIPPENDALES, SON OF CHIPPENDALES, CUFFS AND COLLARS, and any bow tie design. Defendants shall cease using STRIPPENDALES as a company name and/or doing any business as STRIPPENDALES.

(b) Defendants shall not transfer, sell, or license rights to STRIPPENDALES, to any third party in any manner, whether by assignment, license, or sublicense.

(c) Defendants shall never apply or seek to register STRIPPENDALES as a trademark, trade dress, or as a domain name or social media handle. Within ten (10) days of the of full execution of this Settlement Agreement,, Defendants shall discontinue using their the existing www.strippendales.com domain name and @strippendales social media handle for any and all purposes.

(d) Defendants shall cease and desist from using, and shall never use, apply for, or seek to register as trademarks, domain names, social media handles, hashtags, keywords, or metatags, the terms STRIPPENDALES, CHIPPENDALES, SON OF CHIPPENDALES, BANE CHIPPENDALE, CUFFS AND COLLARS, THE ULTIMATE GIRLS NIGHT IN!, BOW TIE, CUFFS, COLLARS, an image or design of a bow tie, the trade dress consisting of cuffs and collars/bow ties worn on a shirtless man, and/or the Chippendales Trademarks, all other trademarks registered or used by

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Chippendales, and/or any other words or combination of words that is or are confusingly similar to the Chippendales Trademarks, whether as words, images, in costumes/uniforms, on goods, packaging, or on promotional, marketing, or advertising materials for goods or services.

(e) Defendants shall never challenge, oppose, litigate, or otherwise deny Chippendales' exclusive ownership of the Chippendales Trademarks and cuffs and collar trade dress or the validity thereof in any matter that is adverse to Chippendales or in which Chippendales' rights may be undermined, diminished, or defeated. Defendants shall not seek, directly or indirectly, through any action or proceeding or otherwise, to cancel any registrations of the Chippendales Trademarks anywhere in the world, or to contest, oppose, cancel, or otherwise dispute, in any country or forum, Chippendales' right to use and register the Chippendales Trademarks for any goods or services.

(f) Defendants shall not make public commentary, including on the Internet, social media or other communication applications, platforms or public forums (by way of example, X, Signal, Instagram, Facebook, Meta, Snapchat, Threads, WhatsApp, Discord, TikTok), in print or other media, and in any other public forum, about Chippendales' partners, employees, agents and/or its lawyers, and within twenty (20) days after the entry of this Permanent Injunction, shall take down all internet and social media posts they have made, or that have been made on their behalf, or are otherwise within their control, concerning or referencing Chippendales' partners, employees, agents and/or its lawyers. The names of the persons about whom Defendants are prohibited from naming in their public commentary, and for which Defendants must take down all internet and social media posts, are: Joseph Giovanni, Mona Giovanni, Gayle Berg, Barry Ballen, Lawrence ("Larry") Roth, Kevin Denberg, Sean Canavan, Katerina Tabakhov, Marc Lieberstein, Georges Nahitchevansky, Caroline Mankey, Chris McAndrew, Evan Nadel, Anna Antonova, Kristin Adams, Chippendales USA,

AKERMAN LLP
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Tel.: (213) 688-9500 – Fax: (213) 627-6342

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

LLC, Chippendales Las Vegas, LLC, Chippendales Holdings, LLC, and Comprehensive Entertainment, LLC.

(g) Defendants shall never assert and shall desist from asserting, in any form or manner, fraud and/or contesting or challenging Chippendales' ownership of the Chippendales Trademarks, including the cuffs and collar trade dress, and/or other rights, both in legal and administrative proceedings and in public commentary. Defendants shall also refrain from making disparaging commentary about Chippendales and its corporate affiliates in any public forum.

(h) Defendant Chris Bane shall not state publicly that he is the true or rightful owner of the Chippendales business or Chippendales Trademarks or make any assertions of fraud against Chippendales or any of its corporate affiliates.

6. **SERVICE.** This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its entry by the Court.

7. **EFFECTIVE UPON ENTRY.** The Court finds there is no just reason for delay in entering this Permanent Injunction against Defendants, and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Permanent Injunction against Defendants.

8. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction against Defendants, and Chippendales and Defendants waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce this Permanent Injunction.

9. **NO FEES AND COSTS.** Each party shall bear its own attorneys' fees and costs incurred in this matter.

10. **DISMISSAL OF THE ACTION.** The Court hereby dismisses the action in its entirety, with prejudice, upon entry of this Permanent Injunction against Defendants.

IT IS SO ORDERED

Dated June 30, 2025

United States District Judge